IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
DALLAS DIVISION

| | | |
|---|---|---|
| JOE M. FULBRIGHT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No: 3:20-cv-02392-BK |
| | § | |
| UNION PACIFIC RAILROAD COMPANY, | § | |
| | § | |
| Defendant. | § | |

**JOINT APPENDIX OF MATERIALS PERTAINING TO PLAINTIFF'S MOTION TO COMPEL THE 30(b)(6) DEPOSITION OF DEFENDANT UNION PACIFIC RAILROAD COMPANY**

| Page(s) | Description |
|---|---|
| 5 | 1/15/21 email from Plaintiff's counsel to Defendant's counsel regarding plan to depose corporate representatives. |
| 6-9 | Plaintiff's topics for 30(b)(6) deposition. |
| 10-23 | 2/5/21 Defendant's response and objections to Plaintiff's 30(b)(6) deposition topics. |
| 24-26 | 2/8/21 letter from Plaintiff's counsel to Defendant's counsel regarding Defendant's 2/5/21 response and objections to Plaintiff's 30(b)(6) deposition topics. |
| 27-33 | 1999 Implementing Agreement between Union Pacific, the Brotherhood of Railway Signalman, and the International Brotherhood of Electrical Workers, as referenced in Plaintiff's 30(b)(6) Topic 1(a), Bates numbered for previous production by Plaintiff as JF402-435. |
| 34-46 | Defendant's Medical Rules, Bates numbered for previous production by Defendant as UPFULBRIGHT000906-918. |
| 47 | Defendant Response to Plaintiff's Second Request for Production, p. 8 |

| | |
|---|---|
| 48-49 | Comment excerpts from Defendant's Medical Comments respective to Plaintiff's Medical File. |
| 50-51 | Co-worker statements of Chris Ozuna and Jason Ensign. |
| 52-54 | Email exchange between counsel regarding Plaintiff's 30(b)(6) deposition topics. |
| 55-57 | Excerpt from the deposition Defendant's Chief Medical Officer, John Holland. |
| 58-64 | Defendant's Medical Standards. |
| 65-224 | Agreement between Union Pacific and the International Brotherhood of Electrical Workers, Telecommunications, Bates numbered for previous production by Defendant as UPFULBRIGHT001503-1662. |
| 225-230 | Defendant's Responses to Plaintiff's Amended First Requests for Production of Documents, specifically Defendant's Amended Response to Plaintiff's Amended Request No. 1. |
| 231-234 | Defendant's Responses to Plaintiff's Second Requests for Production of Documents, specifically Defendant's Response to Plaintiff's Request No. 14. |
| 235 | Plaintiff's Work History Excerpt from Defendant's HR Reporting System, Bates numbered for previous production by Defendant as UPFULBRIGHT000002-3. |
| 236-237 | Comments Excerpt from Defendant's Medical Comments respective to Plaintiff's Medical File, Bates numbered for previous production by Defendant as UPFULBRIGHT000256-257. |
| 238 | Comments Excerpt from Defendant's Medical Comments respective to Plaintiff's Medical File, Bates numbered for previous production by Defendant as UPFULBRIGHT000264. |
| 239-240 | Supervisor Initiated Fitness-for-Duty Request Form, Bates numbered for previous production by Defendant as UPFULBRIGHT000182-183. |
| 241 | Defendant's Technician Dispatch Procedures, Bates numbered for previous production by Defendant as UPFULBRIGHT001938. |
| 242-249 | Plaintiff's Wage History and Earnings, Bates numbered for previous production by Defendant as UPFULBRIGHT000010-17. |
| 250-253 | Plaintiff's Amended Complaint, Paragraph 18. |

Respectfully submitted,

/s/ Donald E. Uloth
Donald E. Uloth
Law Office of Donald E. Uloth
Texas Bar No. 20374200
18208 Preston Rd. Suite D-9 # 261
Dallas, Texas 75252
Phone: (214) 989-4396
Email: don.uloth@uloth.pro
Counsel for Plaintiff

- AND –
/s/ Derek McKee
Derek McKee (TX #24108765)
Constangy, Brooks, Smith & Prophete, LLP
1201 Elm Street, Suite 2550
Dallas, Texas 75270
Telephone: 214.646.8625
Facsimile: 214.749.0078
dmckee@constangy.com

Heather M. Miller (TX #24062897)
Constangy, Brooks, Smith & Prophete, LLP
2600 Grand Blvd., Suite 750
Kansas City, MO 64108
Telephone: 816-472-6400
Facsimile: 816-329-5954
hmiller@constangy.com

Robert L. Ortbals, Jr. (MO Bar #56540)*
Constangy, Brooks, Smith & Prophete, LLP
7733 Forsyth Blvd, Ste. 1325
St. Louis, MO 63105
Telephone: (314) 338-3740
Facsimile: (314) 727-1978
rortbals@constangy.com
**Attorneys for Defendant Union Pacific Railroad Company**

* Admitted Pro Hac Vice.

CERTIFICATE OF SERVICE

On April 19, 2021, I served a copy of this document to Heather M. Miller, counsel for Defendant, by email to hmiller@constangy.com, to Derek McKee, counsel for Defendant, by email to dmckee@constangy.com, and to Robert L. Ortbals, Jr., counsel for Defendant, by email to rortbals@constangy.com.

/s/ Donald E. Uloth
Donald E. Uloth