KANER MEDICAL GROUP
Family Medicine that Cares about the Family
412 Northeast Main St Suite 100
Euless, TX 76039
817-358-5800

PATIENT: Joe Fulbright
DATE OF BIRTH: REDACTED
DATE: 11/20/2014 03:00 PM
VISIT TYPE: Office Visit
DOCUMENT TYPE: Chart Note

**History of Present Illness:**
This 53 year old male presents with:
1. insomnia f/u
The patient presents for insomnia. The symptoms are unchanged. The patient does not have: use of alcohol. The patient is experiencing difficulty initiating sleep. The patient denies awakening with choking, awakening with shortness of breath, cataplexy, difficulty concentrating, difficulty maintaining sleep, gasping during sleep, headache upon awakening, irritability or weight gain. Pt is here to get refill on Trazadone was given by Psychiatrist but retired.

**Chronic Problems:**
Insomnia, unspecified
Allergic rhinitis due to pollen
Herpes simplex without mention of complication

**Chronic Problems Addressed Today:**
**1. Insomnia, unspecified.**
**Past Medical History:**
Reviewed, no change. Last documented: 02/26/2014.
**Past Medical/Surgical History:**

| Condition | Year | Procedure/Surgery | Year |
|---|---|---|---|
| | | | |
| | | GB | 1990 |
| left Carpal tunnel syndrome | 2007 | Left Carpal tunnel release | 2007 |
| gallbladder removal | 1990 | cholecystectomy | 1990 |
| Tonsillitis | 1965 | T&A | 1965 |

**Medications started this visit**

| Medication | Directions |
|---|---|
| Chantix Starting Month Box 0.5 mg (11)-1 mg (42) tablets in dose pack | take 1 by Oral route 2 times every |
| trazodone 50 mg tablet | take 2 tablet by oral route every bedtime after meals |
| Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler | inhale 2 puff by inhalation route 2 times every day in the morning and evening |
| trazodone 50 mg tablet | take 2 tablet by oral route every bedtime after meals |



UPFULBRIGHT

# Supervisor Initiated Fitness-For-Duty Request Form

**Supervisors have the ability to request a Fitness-for-Duty evaluation based on credible information which raises a concern that the employee can safely perform his/her job duties. Supervisors should complete the information below when requesting Health and Medical Services to complete a Fitness-for-Duty evaluation.**

| | | | |
|---|---|---|---|
| Date | January 26, 2015 | Employee Phone (best contact #) | 817-733-0427 |
| Employee Name | Joe M. Fulbright | Employee ID | 0251592 |
| Employee Job Title | Senior Communications Technician | Employee Job Location | Fort Worth, TX |
| Supervisor Who Observed Behaviors (If Different From Mgr) | | Supervisor Telephone # | 817-353-7237 |
| Manager Making Referral | Terry D. Neal | Manager Employee ID | 0166451 |
| Manager Telephone # | 817-353-7237 | Manager E-mail Address | tdneal@up.com |
| Is The Employee Removed From Service? | ☐ YES X NO | If No, Is Employee Being Provided Alternative Work Duties During Evaluation? | ☐ YES X NO |
| Has The Employee Been Informed Of Their Removal From Service? | ☐ YES ☐ NO X N/A | Have You Discussed These Observations and/or Unsafe Behaviors With The Employee? | X YES ☐ NO |
| | | | |

**I am requesting a Fitness-For-Duty evaluation for the above named employee as evidenced by: (check as many as are applicable):**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Absenteeism | | Confusion | | Decreased Alertness | | Deteriorating Performance |
| | Difficulty Climbing | | Difficulty Lifting | | Difficulty Recalling | | Disorientation |
| | Erratic Behavior | | Fatigue/Weakness | | Shortness of Breath | X | Sleeping |
| | Slurred Speech | | Staggering | | Stumbling | | Sudden Mood Swings |
| | Unsteady Walk | | I am requesting FFD Eval for Mr Fulbright for his sleeping issues. He has to take medicine in order to sleep. The Medicine prohibits his ability to fulfill his duties for Restoration of Service after normal business hours. | | | | |

**1. Provide details of specific behaviors: Descriptions, observations and circumstances of the events leading to the request for the FFD evaluation: Mr. Fulbright has missed After Hours Call outs due to the sleep medicine he takes. He has told me that he has to take this medication**

**2. How long has this been occurring? 2014, 2015**

**3. Has there been a prior behavioral incident(s) or problem(s)? No, just "sleep medicine/and subject to call rules"**

**4. Please provide any additional information which raises your concern that the employee may not be able to safely perform his/her job duties. I am worried that the medicine could impair Mr. Fulbright further into his normal work shift. Is the medication UPRR approved? I would never ask Mr Fulbright to work after he has taken his sleep medication; however that puts a hardship on his peers having to cover for his sleep condition**

| | |
|---|---|
| Does This Represent a Change in The Employee's Past Observed Behaviors? | ☐ YES X NO |
| If Yes, Please Describe: | |
| Were Environmental Conditions Pertinent or Related To The Observed Behaviors (i.e: size of cab; distance between handrails)? | ☐ YES X NO |
| If Yes, Please Describe: | |



UPFULBRIGHT

**Supervisor Initiated Fitness-For-Duty Request Form**

Recap:
I am concerned about Mr. Fulbrights sleep condition. He must take medication in order to sleep. This medication prohibits him from fulfilling his job responsibility for Emergency After Hour Restoration of Service. We have had several conversations about this condition and how it is effecting his job along with his peers (who are having to cover for him) I am also concerned about the medication having lingering effects into his daily duties. I am also concerned whether the medication is UPRR approved. Any future issues with missing calls will result in discipline being assigned. I would like to be proactive and try and to work this out before it comes to discipline.

Terry Neal

UPFULBRIGHT

**Union Pacific Railroad**
Health and Medical Services

**January 29, 2015**

**Joe M. Fulbright**
**807 Oakwood Drive**
**Euless, TX 760405260**

**Employee ID: 00251592**
**Employee Position: Sr Comm Technician**

Dear **Joe M. Fulbright:**

In accordance with UPRR Safety Rule 90.4, you will require a Fitness-For-Duty (FFD) review **prior** to your return to work. This involves a review by Health & Medical Services of medical information **related to your absence**. Please provide the following information within the next ten (10) business days.

**[X]** Copy ofyour last 1 years physician clinic notes (also known as office notes or progress notes) from the
provider treating you for this condition.

The requested medical records may be submitted to **Health & Medical Services confidential fax line at 402-501-0067. Please use the enclosed bar coded cover sheet when faxing your information.**

If you are having difficulty in obtaining the medical records in the requested time frame, please contact your FFD nurse at number listed below. Following these steps will be helpful in ensuring that the medical records required are complete so the FFD review can take place as efficiently as possible. You and your manager will be notified when you have been medically cleared to return to work by Health & Medical Services.

If at any time you have questions regarding the Return to Work process, please contact your FFD nurse at Health & Medical Services at the number listed below.

Sincerely,

Theresa A. Rodino
Fitness For Duty Nurse

UPFULBRIGHT

Health & Medical Services
Union Pacific Railroad
1400 Douglas Street - STOP 0350
Omaha, NE 68179
Phone: 402-544-6769
Fax: 402-501-0067
Email: TARODINO@UP.COM

CC:

UPFULBRIGHT

**Union Pacific Railroad**
Health and Medical Services

~~January 29~~, 2015 February 26, 2015 (JR)

**Joe M. Fulbright**
**807 Oakwood Drive**
**Euless, TX 760405260**

**Employee ID: 00251592**
**Employee Position: Sr Comm Technician**

Dear **Joe M. Fulbright:**

In accordance with UPRR Safety Rule 90.4, you will require a Fitness-For-Duty (FFD) review **prior** to your return to work. This involves a review by Health & Medical Services of medical information **related to your absence**. Please provide the following information within the next ten (10) business days.

**[X]** Copy ofyour last ~~1~~ 2 (JR) years physician clinic notes (also known as office notes or progress notes) from the provider treating you for this condition.

The requested medical records may be submitted to **Health & Medical Services confidential fax line at 402-501-0067. Please use the enclosed bar coded cover sheet when faxing your information.**

If you are having difficulty in obtaining the medical records in the requested time frame, please contact your FFD nurse at number listed below. Following these steps will be helpful in ensuring that the medical records required are complete so the FFD review can take place as efficiently as possible. You and your manager will be notified when you have been medically cleared to return to work by Health & Medical Services.

If at any time you have questions regarding the Return to Work process, please contact your FFD nurse at Health & Medical Services at the number listed below.

Sincerely,

Theresa Rodino (JR)

Theresa A. Rodino
Fitness For Duty Nurse

www.up.com

BUILDING AMERICA

UPFULBRIGHT

**Union Pacific Railroad**
Health and Medical Services

Health & Medical Services
Union Pacific Railroad
1400 Douglas Street - STOP 0350
Omaha, NE 68179
Phone: 402-544-6769
Fax: 402-501-0067
Email: TARODINO@UP.COM

CC:

UPFULBRIGHT

# KANER MEDICAL GROUP, P.A.

Done 4.1.15

## PATIENT AUTHORIZATION FOR USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION

By signing, I authorize Kaner Medical Group to use and/or disclose certain protected health information (PHI) about me

SEND TO: **Dr. or Hosp.** Self
Name, address, phone or fax number of doctor.

ORDER FROM: **Dr. or Hosp.** Flo Tomasic
Name, address, phone or fax number of doctor.

This authorization permits Kaner Medical Group to use and/or disclose the following individually identifiable health information about me:

| | | |
|---|---|---|
| ___ History & Physical | ___ Nursing | ___ EKG/EEG/CAT scan |
| ___ Discharge Summary | ___ Physician Notes | ___ Physician Orders |
| ___ Operative Report | ___ Laboratory | ___ Social Service Notes |
| ___ Radiology | ___ All records | ___ Other, please specify |

The information will be used or disclosed for the following purpose:

| | |
|---|---|
| ___ Continuing Medical Care | ___ Personal Use |
| ___ Insurance | ___ School |
| ___ Legal Purposes | ___ Social Security/Disability |
| ___ Military | ___ Other, please specify |

The purpose(s) is/are provided so that I can make an informed decision whether to allow release of the information. This authorization will expire on ______________.

The practice _______ will _______ will not receive payment or other remuneration from a third party in exchange for using or disclosing the PHI.

I do not have to sign this authorization to receive treatment from Kaner Medial Group. In fact, I have the right to refuse to sign this authorization. When my information is used or disclosed pursuant to this authorization, it may be subject to redisclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. I have the right to revoke this authorization in writing except to the extent that the practice has acted in reliance upon this authorization. My written revocation must be submitted to the privacy officer at: **KANER MEDICAL GROUP, P.A.**
**P.O. Box 210907 Bedford, Texas 76095** (817) 358-5800 Fax: (817) 283-7686

Signed by: [illegible]
Signature of Patient or Legal Guardian

March 31, 2015
Date

Joe M Fulbright
Print Patient's name

REDACTED
Date of Birth

SS# REDACTED

Print Name of Legal Guardian
None

UPFULBRIGHT002028 FORM 1101

UPFULBRIGHT

My name is Joe Fulbright. My hire date with the Union Pacific Rail Road is 03/25/1985. My job title is Sr. communications maintainer. I am the most senior union employee within the communications dept. in Texas. I have a perfect safety record with 30 yrs of service.

My treatment for a life threatening sleep disorder began ~ 2010. I was prescribed Prozac and Trazadone. The next work day I meet With my supervisor Terry Neal to report the drugs. He gave me the number of a company nurse. I called her that day, she noted the drugs by name and confirmed this was all that was necessary for proper reporting. In both safety meetings and meetings concerning job assignments it was decided with management that I needed no special consideration to defer overtime because of my seniority . I explained that I had to take care of my mom with advanced stage Alzheimers and could not drive safely on Trazadone. So for the next two years I was not called at night or expected to work overtime. In May of 2012 I filled for FMLA provisions to take care of my mother.

07/09/2012 I was accused of missing a call the day before, Sunday. It took me about 3 days to get the phone records from Verizon and AT&T. I called the regional director of communications ( Jim Bracken) and asked him to get involved. The phone records showed, no one tried to call me (cell phone or home phone ) that Sunday. *

07/24/2012 Safety meeting with two DPS troopers. They lectured us on the dangers of distracted driving and Driving under the influence of drugs including over the counter drugs and prescriptions. They now have special units to test drivers for prescription drugs.. If you know your impaired, your DUI.

08/13/2012 Terry talked to me and a witness about a missed call at night over the weekend. This seems to mark the end of his recognition of my seniority and necessary medical need. He made it clear I was responsible for overtime at night weather I was on medication or not. I reminded him it was illegal and unsafe for me to come out after taking this drug. I did not wake up to answer this call.**

08/16/2012 I called the safety hot line. I was routed through 2 people before being told to call the presidents hot line number. I explained just how clear it was made to me and a witness that I was asked to do something unsafe and against the law. Jim Bracken was again involved.

In November of 2013 I was told by terry to contact HR dept. about filling FMLA on myself for my medical condition. They told me I did not have enough time in to qualify for FMLA for myself. This was in response to me telling OSS one night I had already taken my medication and could not come out at that time. I had fully explained to Mr. Neal by Sunday night I had gone 2 nights without my medication and had to take it at some point to sleep. ***

01/25/2015 NOC group failed to notify me of a problem in the yard before I took my medicine that night ( Sunday night ).

01/26/15 Meeting with terry and my union rep.



UPFULBRIGHT

**Texas Medical Diagnostic, Inc**
908 West Terrell Ave North
Fort Worth, TX 76104
(817) 820-0427
(817) 820-0430

To: VEEMAL M. D'SOUZA
SUITE 100 412 N MAIN ST
EULESS, TX 76039
(817) 358-5800 (phone)
(817) 546-8672 (fax)

From: Aileen Gone

Re: Patient Name: JOE FULBRIGHT
Patient DOB: REDACTED
Encounter Date: 5/6/2015

Thank you very much for referring your patient to Texas Medical Diagnostic.

We have attempted to schedule your patient JOE FULBRIGHT, REDACTED, for an office visit with a sleep specialist as you requested but have been unable for the following reason(s):

- Patient has not returned our phone calls
- We are sending this letter in an effort to provide superior service to your patient referred to Texas Medical Diagnostic. For liability coverage, for our facility and yours, we are notifying you that this patient has been non-responsive or non-compliant regarding testing.
- We value our continued relationship and strive to schedule each patient that you entrust with our care. Texas Medical Diagnostic has developed policies and procedures to track attempts at contacting each patient. Part of our Customer Service Policy and Quality Assurance Program includes informing your office of patients that we were unable to reach. We feel that working together, we can facilitate getting these patients the appropriate diagnostic test and treatment if needed.
- If after communicating and readdressing your treatment protocol with your patient, and you need us to schedule them for a new appointment, we will be happy to accommodate them.

If I can be of further assistance, please do not hesitate to call.

Kind Regards,

Aileen Gone

UPFULBRIGHT

**Union Pacific Railroad**
Health and Medical Services

**June 18, 2015**

**Joe M. Fulbright**
**807 Oakwood Drive**
**Euless, TX 760405260**

**Employee ID: 00251592**
**Employee Position: Sr Comm Technician**

Dear **Joe M. Fulbright:**

Union Pacific Health & Medical Services (HMS) has been notified of your request for time off due to a medical reason. Based on the information reviewed:

In accordance with Union Pacific Railroad Medical Rules, you will require a Fitness-For-Duty (FFD) review **prior** to your return to work. This involves a review by Health & Medical Services of medical information **related to your absence**. Please provide the following information at least ten (10) business days due July 1, 2015.

**[X]** Copy of the sleep evaluation study from your provider.
**[X]** Copy of physician clinic notes for the past 2 years (also known as office notes or progress notes) from the
provider treating you for this condition.
records may be submitted to **Health & Medical Services confidential fax line at 402-501-0067. Please use the enclosed bar coded cover sheet when faxing your information.**

If you are having difficulty in obtaining the medical records in the requested time frame, please contact your FFD nurse at number listed below. Following these steps will be helpful in ensuring that the medical records required are complete so the FFD review can take place as efficiently as possible. You and your manager will be notified when you have been medically cleared to return to work by Health & Medical Services.

If at any time you have questions regarding the Return to Work process, please contact your FFD nurse at Health & Medical Services at the number listed below.

Sincerely,

Mary Jean Lempke
Fitness For Duty Nurse



UPFULBRIGHT

Health & Medical Services
Union Pacific Railroad
1400 Douglas Street - STOP 0350
Omaha, NE 68179
Phone: 402.544.6485
Fax: 402-501-0067

CC:

UPFULBRIGHT

**UNION PACIFIC RAILROAD – HEALTH & MEDICAL SERVICES**

**RESTRICTION REVIEW FORM**

June 26, 2015

To: Terry Neal Manager Telecom Facilities

Regarding Employee: Joe M. Fulbright Employee ID: 00251592

Job Title or Craft: Sr Comm Technician Department: Information Technologies

Service Unit: Work Location: LAREDO , TX ??

**INSTRUCTIONS:** Your employee is released to return to work with restrictions. Please review the outlined restrictions and respond to the questions below.

**Restrictions & Accommodations:**

**Start Date 6/26/2015 End Date 12/31/9999 Description**

"A"

06/26/2015 - 12/31/9999 Not to Operate Comp. Vehicles/On-Track or Mobile Equip./Forklifts -Prohibited

06/26/2015 - 12/31/9999 Operation of Cranes, Hoists, or Machinery - Prohibited

06/26/2015 - 12/31/9999 Not to work on rail trains or work trains dumping ballast. (Can perform work remaining between the rails of the occupied track or to the field side of the occupied track. Where there are adjacent tracks with less than 19 foot track centers, utilize on-track safety protection following normal safety and Maintenance of Way rules).

"B"

06/26/2015 - 12/31/9999 Work at Unprotected Heights Over 4 Feet Above the Work Surface-Prohibited (Can work on the beds of trucks, and occupy bridges following normal safety rules).

"C"

06/26/2015 -12/31/9999 Not to work on 1-man or 2-man gangs (i.e., switch oiler, inspector, welder or helper job, 2-man section gang). Must have at least 2 additional employees on gang or at work area in order to use Train Approach Warning regulations (Lookout).

UPFULBRIGHT

**Joe Fulbright** 00251592 Restriction Review Form

1) Do these restrictions interfere with the essential job functions? [✓] YES [ ] NO

2) If yes, can reasonable accommodations be provided to allow the employee to perform the essential job functions?

[ ] YES [✓] NO

3) If yes, how will the reasonable accommodation be provided?

[ ] Accessible Parking [ ] Assistive Technology [ ] Equipment

[ ] Job Reassignment [ ] Lift Assistance [ ] Modification of Job Duties

[ ] Modified Work Schedule [ ] Removal Of Non Essential Function

[ ] Tools [ ] Removal Of Architectural Barrier

[ ] Other(description required)

____________________________________________________________

____________________________________________________________

4) If no, please identify the specific reason(s) for the inability to return the employee to work or provide a reasonable accommodation for the outlined restrictions in relation to the employee's essential job functions?

[✓] Accommodation would require removal of an essential function.

[✓] Accommodation would require lowering performance or production standard.

[ ] Accommodation violates the applicable collective bargaining agreement.

[ ] Other (description required)____________________________________

UPFULBRIGHT

UPRR Health and Medical Services

Restriction Review Form

Joe Fulbright
00251592

Manager:
Terry Neal
0166451

Manger Notes:
Joe Fulbright is a Senior Electrician Headquartered Fort Worth TX.
Work Schedule M-F Standby Saturday Rest day Sunday
Basic work scope

- Restoration of Service for all Communication facilities and infrastructure : Normal work days and hours, After hours Emergency restoration of service week days and weekends
- Maintenance of all Communication facilities and infrastructure
- Customer Ecomms System, and Project installation

A) "Not operate company vehicle….." Joe does not work in an Office or Bench type position. Driving a company vehicle is a must for his Sr ET Position
B) "Work at Unprotected heights over 4 feet" When working ecomms and projects it may be necessary to work on a ladder.
C) "Not to work on one or two man gangs……" Working Lone worker is a part of the Sr ET Position. Trackside AEI and CTC

UPFULBRIGHT

Joe Fulbright 00251592 Restriction Review Form

Supervisor Signature

Supervisor Name Supervisor Title Date

Manager Signature

Terry Neal Mgr. Telecom 6/29/15

Manager Name Manager Title Date

Director Signature

Neal J. Spencer General Director Telecom 6/28/2015

Director Name Director Title Date

Superintendent Signature

Superintendent Name Superintendent Title Date

***A COPY OF THIS COMPLETED AND SIGNED DOCUMENT MUST BE FAXED TO HEALTH & MEDICAL SERVICES AT*** **402-501-0067 so a copy can be placed in the employee's personal medical record. This document may also be uploaded via the portal.**

UPFULBRIGHT

CONFIDENTIAL

# Brotherhood of Railroad Signalmen

REC'D JUN 23 2015 Labor Relations

Joseph H. Doucet
Vice General Chairman
325 Cross Creek Dr.
Bossier City, LA. 71111
318-746-6513

Mike Sanders
Asst Vice General Chairman
29350 Highway U
Sedalia, MO. 65301
660-826-1484

John McArthur
General Chairman
P. O. Box 5100
Fallon, NV. 89407
775-423-2288

1630133

June 17, 2015

Mr. Tarry Johnson
Labor Relations
Union Pacific Railroad Co.
1400 Douglas St.-STOP-0710
Omaha, NE. 68179

E-MAILED: TDJOHNSO@UP.COM, LABREL@up.com,
CERTIFIED RETURN RECEIPT- 7012 3460 0003 3181 2399

File No: S- 2, 24- 1466
U.P. File No:

Dear Sir,

This letter is an appeal to the denial from Mr. Spencer's office dated May 6, 2015, concerning the claim for Communication Department Employees, **Mr. J. Fulbright, Employee ID # 0443299,** for the Carrier's violation of the current CBA Agreement and particularly Rules 2 and 24. A copy of this letter is being furnished to Mr. Spencer to advise him that the Organization is not satisfied with his decision.

In Mr. Spencer's denial he states: *"As you state in your claim, the Claimant, Terry Neal, Claimant's manager, and James Harris, Local Chairman, met to discuss the cause for Claimant to miss a trouble call on the night of January 25, 2015. In this meeting the Claimant stated he did not hear the phone call because he was taking sleeping medication. Claimant put his own medical condition at issue by informing Manager Neal that he was taking medication which did not allow him to wake up to hear the telephone. Manager Neal was not aware that the Claimant was taking medication and was concerned for the wellbeing of the Claimant and his Co- workers because he did not know the affects of that medication. Therefore, Mr. Neal initiated the Manager Referral Process so that the Carrier Medical Department could evaluate the Claimants health and medication. This process was initiated January 26, 2015. See the attachment Supervisor Initiated Fitness-For-Duty Request Form. Mr. Neal did not remove the Claimant from service.*

*On February 3, 2015, the Carrier's Health and Medical Services Department sent a note to Terry Neal and Stephen Hale, Telecom Supervisor, stating that, "Based on medical information available to Health and Medical Services at this time, the employee (Claimant) is not medically cleared." See the attachment Health and Medical Services status Update. It further stated that the Claimant should be removed from service pending physical in accordance with Safety Rule 90.4. Based on this note, Mr.*

UPFULBRIGHT002083
UPFULBRIGHT000271



UPFULBRIGHT

Mr. Tarry Johnson
S- 2, 24- 1466
June 17, 2015
Page- 2

***Hale informed the Claimant that he was not medically cleared to perform service for the Carrier. On February 5, 2015 a letter was written and sent to the Claimant stating he had been placed on Medical Leave effective February 3, 2015. Letter Attached."***

First of all, the Claimant's health was never in question. Manager Neal called the Claimant into his office to discuss why he missed a trouble call. The Claimant informed him that he had taken medication and went to sleep and did not hear the phone. This is not violation of the Agreement between the parties. It needs to be noted that the Claimant did wake-up a short time later and saw that he had a missed call, and tried calling the number back, but the number he called went to and automated phone service. He called back twenty-four (24) minutes after he got the trouble call. You stated that Manager Neal was concerned for the wellbeing of the Claimant and his Co- workers because he did not know the affects of that medication. This is a false statement. The medication was prescribed to the Claimant over four (4) years ago and Manager Neal had knowledge of this medication along with the Health Services Department. The Claimant reported it to his manager (Mr. Neal) as he is required, and was instructed to contact Health Services. Health Services cleared the Claimant to work his position, but informed him that he could not take the medication during his work day. The Claimant only takes this medication at night. (See copy of letter from Claimant attached) This was not an issue until the Claimant missed the call.

You also stated: "***You have alleged that the Carrier violated Rule 2 and 24 of the agreement. The Carrier does not agree that these rules were violated and in fact they are inapplicable to this situation. Furthermore, you burden of proof requires that you substantiate how such rules were violated which has not been done in this case. Simply stating that a violation of the agreement has occurred does not meet your required burden of proof."***

The Claimant is being treated this way because he was late responding to a trouble call. This is not a case of the manager being concern for the Claimant's safety, but retaliation for not going on the trouble call. Why after four (4) years does the manager now have concerns about the Claimant's safety? Mr. Neal stated that he was referring the Claimant into the Fit- For- Duty program, but never gave the reason why. Missing a trouble call is not a reason. Mr. Neal saw the Claimant working out in the field numerous times over the last four (4) years and never took acceptation to his work performance until now.

The Carrier did violate the current CBA Agreement by pulling the Claimant out of service for no reason, and should now be required to return him to work and compensate him for lost time.

For, these reasons as well as those previously submitted this claim should be allowed. Please advise when this claim will be paid.

Respectfully Submitted,

J. O. McArthur (JHD)

J. O. McArthur
General Chairman

Cc: J. H. Doucet- Vice General Chairman
Local Chairman/ Claimant

UPFULBRIGHT

CONFIDENTIAL

My name is Joe Fulbright. My hire date with the Union Pacific Rail Road is 03/25/1985. My job title is Sr. communications maintainer. I am the most senior union employee within the communications dept. in Texas. I have a perfect safety record with 30 yrs of service.

My treatment for a life threatening sleep disorder began ~ 2010. I was prescribed Prozac and Trazadone. The next work day I meet With my supervisor Terry Neal to report the drugs. He gave me the number of a company nurse. I called her that day, she noted the drugs by name and confirmed this was all that was necessary for proper reporting. In both safety meetings and meetings concerning job assignments it was decided with management that I needed no special consideration to defer overtime because of my seniority . I explained that I had to take care of my mom with advanced stage Alzheimers and could not drive safely on Trazadone. So for the next two years I was not called at night or expected to work overtime. In May of 2012 I filled for FMLA provisions to take care of my mother.

07/09/2012 I was accused of missing a call the day before, Sunday. It took me about 3 days to get the phone records from Verizon and AT&T. I called the regional director of communications ( Jim Bracken) and asked him to get involved. The phone records showed, no one tried to call me (cell phone or home phone ) that Sunday. *

07/24/2012 Safety meeting with two DPS troopers. They lectured us on the dangers of distracted driving and Driving under the influence of drugs including over the counter drugs and prescriptions. They now have special units to test drivers for prescription drugs.. If you know your impaired, your DUI.

08/13/2012 Terry talked to me and a witness about a missed call at night over the weekend. This seems to mark the end of his recognition of my seniority and necessary medical need. He made it clear I was responsible for overtime at night weather I was on medication or not. I reminded him it was illegal and unsafe for me to come out after taking this drug. I did not wake up to answer this call.**

08/16/2012 I called the safety hot line. I was routed through 2 people before being told to call the presidents hot line number. I explained just how clear it was made to me and a witness that I was asked to do something unsafe and against the law. Jim Bracken was again involved.

In November of 2013 I was told by terry to contact HR dept. about filling FMLA on myself for my medical condition. They told me I did not have enough time in to qualify for FMLA for myself. This was in response to me telling OSS one night I had already taken my medication and could not come out at that time. I had fully explained to Mr. Neal by Sunday night I had gone 2 nights without my medication and had to take it at some point to sleep. ***

01/25/2015 NOC group failed to notify me of a problem in the yard before I took my medicine that night ( Sunday night ).

01/26/15 Meeting with terry and my union rep.





UPFULBRIGHT

CONFIDENTIAL

**Form 1** **NATIONAL RAILROAD ADJUSTMENT BOARD**
**THIRD DIVISION**

**Award No. 43163**
**Docket No. SG-43655**
**18-3-NRAB-00003-160423**

**The Third Division consisted of the regular members and in addition Referee Peter R. Meyers when award was rendered.**

**PARTIES TO DISPUTE: (Brotherhood of Railroad Signalmen**
**(**
**(Union Pacific Railroad Company**

**STATEMENT OF CLAIM:**

> **"Claim on behalf of the General Committee of the Brotherhood of Railroad Signalmen on the Union Pacific Railroad:**
>
> **Claim on behalf of J.M. Fulbright, for reinstatement to his former positions with all seniority and benefits unimpaired, compensation for all time lost, including overtime, beginning on February 3, 2015, and continuing until this dispute is resolved, account Carrier violated the current Signalmen's Agreement, particularly Rules 2 and 24, when it removed and withheld the Claimant from service without just cause. Carrier's File No. 1630133. General Chairman's File No. S-2 24-1466. BRS File Case No. 15328-UP."**

**FINDINGS:**

**The Third Division of the Adjustment Board, upon the whole record and all the evidence, finds that:**

**The carrier or carriers and the employee or employees involved in this dispute are respectively carrier and employee within the meaning of the Railway Labor Act, as approved June 21, 1934.**

**This Division of the Adjustment Board has jurisdiction over the dispute involved herein.**

**Parties to said dispute were given due notice of hearing thereon.**

UPFULBRIGHT

**The Organization filed the instant claim on the Claimant's behalf, alleging that the Carrier violated the parties' Agreement when it improperly withheld the Claimant from service on February 3, 2015, for medical conditions that previously had been approved by Carrier medical staff. The Carrier denied the claim.**

**The Organization contends that the instant claim should be sustained in its entirety because the Carrier improperly withheld the Claimant from service under a medical leave of absence even though it was aware that the Carrier's Health Services already had approved the Claimant's medications and fitness for duty, because the Carrier acted in an arbitrary and misguided manner and its decision was unreasonable, and because there is no support for the Carrier's position.**

**The Carrier contends that the instant claim should be denied in its entirety because the Carrier has the right to withhold an employee from service where there are medical concerns until the employee can be medically cleared to safely perform the duties of his or her position, and because the Organization has failed to meet its burden of proof.**

**The parties being unable to resolve their dispute, this matter came before the Board.**

**The Board has reviewed the record in this case, and we find that the Organization has failed to meet its burden of proof that the Carrier violated the Agreement when it removed the Claimant from service when he failed to answer a call on January 25, 2015, when he was on call. The Claimant did not contact the Carrier until 6:15 A.M. the next day, when he said that his sleep medication had been responsible for his not hearing the phone. The Claimant was placed on medical leave because of his medical issues. The Claimant was placed on permanent restrictions, including that he could not operate Carrier vehicles on track or mobile equipment, cranes, forklifts, hoists or other machinery. The Claimant was asked to participate in a sleep study and the Claimant refused.**

**The Carrier has a right to establish and implement medical standards for its employees. The Claimant's restrictions prohibited him from operating numerous pieces of equipment and, therefore, was unable to return to his position as an electronic technician. The Claimant worked in a safety sensitive position which**

UPFULBRIGHT

CONFIDENTIAL



**required him to be in good health. The Carrier has a right to establish its medical standards and remove employees in accordance with its rules.**

**Given the situation in this case, the Board cannot find that the Carrier acted in violation of the Agreement when it had a reasonable basis for concern over the Claimant's medical fitness.**

**Since the Organization has failed to meet its burden of proof in this case, the Board has no choice other than to deny the claim.**

**AWARD**

**Claim denied.**

**ORDER**

**This Board, after consideration of the dispute identified above, hereby orders that an Award favorable to the Claimant(s) not be made.**

**NATIONAL RAILROAD ADJUSTMENT BOARD**
**By Order of Third Division**

**Dated at Chicago, Illinois, this 30th day of May 2018.**

UPFULBRIGHT

# AGREEMENT

Between The

UNION PACIFIC RAILROAD COMPANY

And The

BROTHERHOOD OF RAILROAD SIGNALMEN

And The

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS

(Telecommunications)

The U. S. Department of Transportation, Surface Transportation Board ("STB") approved in Finance Docket 32760 the common control and merger of the rail carriers controlled by the Union Pacific Railroad Corporation (Union Pacific Railroad and Missouri Pacific Railroad), collectively referred to as "UP" and the rail carriers controlled by Southern Pacific Rail Corporation (Southern Pacific Transportation Company, St. Louis Southwestern Railway Company, SPCSL Corporation, and the Denver & Rio Grande Western Railroad Company), collectively referred to as "SP." In so doing, the ST13 imposed the New York Dock employee protective conditions.

The Interstate Commerce Commission (ICC) approved the merger of the Chicago and North Western Railway Company (CNW) into the UP effective April 6, 1995 in Finance Docket No. 32133. In so doing, the ICC imposed New York Dock employee protective conditions.

The Union Pacific Railroad posted notice pursuant to Section 4 of the New York Dock Conditions, under date November 24, 1997, (NYD 277) to consolidate the facilities, territories and seniority districts of the employees represented by the Brotherhood of Railroad Signalmen, under collective bargaining agreement effective January 1, 1984, into the collective bargaining agreement governing telecommunications employees represented by the International Brotherhood of Electrical Workers in effect and controlling as of the date of this agreement.

The Union Pacific Railroad Company (UP), the Brotherhood of Railroad Signalmen (BRS) and the International Brotherhood of Electrical Workers (IBEW) agree to resolve the notice to consolidate the telecommunications facilities, work and territories, served pursuant to the New York Dock conditions and the authority granted by the Interstate

JF 402

Commerce Commission in Finance Docket Nos. 32760 and 32133 in accordance with the following principles:

In accordance with Article 1, Section 4, of New York Dock Conditions,

**IT IS AGREED:**

Section 1.

A. As of the effective date of this Agreement, all Telecommunications work and territory of the employees represented by the IBEW and the BRS shall be consolidated pursuant to Section 2 paragraphs D and E. The Collective Bargaining Agreement between the Union Pacific Railroad Company and the International Brotherhood of Electrical Workers (CBA with IBEW), will be adopted as the new CBA with BRS effective June 15, 1999, for employees covered by the Brotherhood of Railroad Signalmen Collective Bargaining Agreement on the former Gulf District, former C&EI and former Texas & Pacific Railroad (as included in the former Missouri Pacific Railroad Company), effective January 1, 1984 (CBA with BRS). Thereafter, the January 1, 1984 Collective Bargaining Agreement will cease to exist.

B. All understandings, interpretations, side letters and agreements applicable to employees covered by the CBA with IBEW will apply to Telecommunications employees formerly covered by the CBA with BRS.

C. All understandings, interpretations and agreements previously in effect for employees covered by the CBA with BRS covering Telecommunications work are hereby nullified and superseded as provided in paragraphs A and B hereof as of the effective date of this Agreement, except those rules or provisions maintained under this Implementing Agreement.

D. The IBEW will continue to represent employees holding positions on the territory covered by the IBEW seniority rosters covering employees represented by the IBEW, in effect prior to the date of this Implementing Agreement. The BRS will continue to represent all employees holding positions on the territory covered by its former rosters covering employees represented by the BRS for as long as those employees hold any position covered by its former roster as outlined in Section 2, paragraphs D and E.

E. It is understood that the parties to this Agreement cannot serve a Section 6 notice to amend any provisions of this Implementing Agreement. At such time as the last BRS prior right position attrites, the new CBA with BRS (June 15, 1999) will cease to exist.

JF 403

UPFULBRIGHT002090

Section 2.

A. On the effective date of this Agreement, the Telecommunication class seniority dates of all employees covered by the CBA with BRS shall be transferred and dovetailed into the applicable seniority rosters established pursuant to the CBA with IBEW (Attachment A). Subsequent to dovetailing, the BRS Telecommunications Seniority Rosters shall cease to exist. Within sixty (60) days of the effective date of this agreement, the parties will meet in Omaha on a mutually agreeable date to review the consolidated seniority rosters and the rosters shall remain open for correction until June 15, 2000.

B. All employees dovetailed as of the date of the consolidation will retain prior rights to positions on the territories covered by their former rosters, except as provided under paragraphs E and F below. Such prior rights will be denoted on the seniority roster with an (E) for IBEW and an (S) for BRS.

C. On the effective date of this Agreement, all BRS prior seniority rights held by employees on the Telegraph & Telephone Seniority Roster and the Southern District Seniority Roster shall cease to exist.

D. Concurrent with the dovetailing of the seniority dates as provided above, Rule 11 of the UPRR Collective Bargaining Agreements with BRS and IBEW shall be amended to include the new, expanded IBEW Telecommunications Seniority Roster No. 4 which shall be identified as including the territory from Watseka, Illinois (inclusive) south. Former C&EI employee J. L. Miller will have his seniority date dovetailed on Roster No. 4. Likewise, Rule 11 of the UPRR Collective Bargaining Agreements with BRS and IBEW shall be amended to include the territory of the former C&EI (identified as from Watseka, Illinois (exclusive) north) on IBEW Telecommunications Seniority Roster No. 9 former C&EI employee G. C. Barcik will have his seniority date dovetailed on Roster No" No. 9

E. On the effective date of this Agreement, Rule 11 of the UPRR Collective Bargaining Agreements with BRS and IBEW shall be amended to include the territory governed by the former Brotherhood of Railroad Signalman Collective Bargaining Agreement on the former Gulf District, C&EI and Texas & Pacific into UPRR IBEW Telecommunications Seniority Roster No 5 BRS Gang employees J. D. Cowan and R. L. Fuller will have their seniority dates dovetailed on Roster No. 5 It is understood that gang construction work is consolidated under the jurisdiction It CBA with IBEW as of the effective date of this Agreement.

F. This consolidation of, work will create four locations where both IBEW and BRS represented employees will be located: San Antonio, Texas; Houston (including Spring), Texas; Dallas, Texas; and Livonia, Louisiana. These four locations will not be considered as prior rights territory for either the IBEW or BRS and positions at these four locations will be assigned based on seniority on the consolidated roster, with no prior rights consideration. When future position abolishments occur at these locations, the position abolished will be determined by the seniority of the incumbent. It is understood that the junior employee's position will be abolished, as long as both Organizations represent employees at the location.

G. Subsequent to the effective date of this Agreement, all telecommunications positions that become vacant shall be open to bid to all employees on the consolidated rosters, subject to prior rights, as provided in this Agreement. If a vacancy occurs in a position on a former IBEW territory for which an employee represented by BRS is the successful bidder, upon assignment to such position the employee will forfeit all prior rights and be covered by the CBA with IBEW and be represented by the IBEW thereafter. Any vacancy that occurs in a position on a former BRS territory that is not filled by a BRSrepresented employee shall no longer be subject to prior rights and shall thereafter come under the jurisdiction of the CBA with IBEW. All new positions shall be bulletined under the CBA with IBEW.

H. Employees in a furloughed status on the rosters will not be able to activate their seniority until regular-assigned position is bulletined due to resignation, transfer, retirement, of any of the current assigned employees or increase in force, etc. Seniority rights of these employees in a furloughed status as of the effective date of this agreement and whose dovetailed seniority is greater than a junior employee holding a regular assignment at the time will not be subject to recall to service until such time that a permanent position becomes vacant which is not filled by an active employee holding a regular assignment as of the effective date of this Agreement. The furloughed employee's seniority shall be considered "activated" when assigned to a permanent position. This will not, however, preclude utilizing the furloughed employees on a temporary basis pending bulletin assignment or other temporary vacancies.

I. In the event two or more employees from different seniority rosters have identical seniority dates, the employees shall be ranked first by service dates, then, if service dates are the same, by date of birth, the oldest employee to be designated the senior ranking. This shall not affect the respective ranking of employees with identical seniority dates on their former seniority roster.

J. BRS-represented employees affected by a change in representation under this Implementing Agreement may exercise a one-time option within six (6) years of the effective date of this Agreement to request consideration for a vacancy in the Signal Department represented by the Brotherhood of Railroad Signalmen. Employees allowed to move to a Signal position under the BRS through this provision will have their seniority date removed from the IBEW roster and will attain seniority with the BRS under the applicable provisions of the controlling Collective Bargaining Agreement. Employees exercising this option will be credited with all prior continuous service for vacation, personal leave, and other present or future benefits which are granted on the basis of qualifying years of service. Any protective benefits acquired under this Agreement shall be forfeited should an employee elect to exercise this one-time option and return to a BRS represented position.

Section 3.

Upon ten (10) working days advance notice, the Carrier shall proceed with the following job changes:

1 Tower Gang Foreman position to be abolished at Fort Worth, TX (J. D. Cowan)
1 Technician position to be abolished at Tyler, TX (W. A. Talley)
1 Technician position to be transferred from Tyler, TX to Longview, TX (J. W. Pinkston)
1 Technician position to be abolished at San Antonio, TX (J. T. Sada)
1 Technician position to be abolished at Big Springs, TX (R. D. Tant)

Employees required to transfer pursuant to this transaction are eligible for the moving benefits of New York Dock (Attachment B) or the attached moving benefits (Attachment C) as an alternative to the New York Dock.

Section 4.

A. BRS-represented employees transferring to the new CBA with BRS pursuant to this Agreement shall maintain their current rates of pay for as long as they remain on a BRS represented position. Job titles will be changed in accordance with the new CBA with BRS, as shown on Attachment A.

B. With the exception of the abolishments listed in Section 3, at the time of implementation of this Agreement, each Telecommunications employee will remain on his current Telecommunications position and will not be entitled to a bump or displacement rights. As positions held by BRS represented employees are vacated, they will be filled according to the provisions of the CBA with IBEW.

Section 5.

A. BRS-represented employees transferring to the CBA with IBEW pursuant to this Agreement, shall be credited with all prior continuous service for vacation, personal leave, and other present or future benefits which are granted on the basis of qualifying years of service in the same manner as though all such time had been spent in the service of the UPRR, as appropriate.

B. The employees formerly covered by the CBA with BRS will continue coverage under the National Health and Welfare Plan and Supplemental Sickness benefits based on the Agreement with BRS.

Section 6.

The February 7, 1965 conditions will continue to apply to all employees represented by BRS on the date hereof, until such time as they leave the service of the Carrier or change to a craft other than the Signal craft.

Section 7.

A. The employee protective benefits and conditions as set forth in the New York Dock Conditions, attached hereto as Attachment B, shall be applicable. There shall be no duplication of benefits by an employee under this Agreement and any other agreement or protective arrangement. Active and regular-assigned employees failing to apply for a position available to them or failing to accept a position shall not be considered deprived of employment and shall not be entitled to the protective benefits contained in the New -York Dock Conditions.

B. Any employee determined to be a "displaced" or "dismissed" employee as a result of this transaction, who is otherwise eligible for protective benefits and conditions under some other job security agreement, conditions or arrangements shall elect in writing within sixty (60) days of being affected between the protective benefits and conditions of this Agreement and the protective benefits and conditions under such other arrangement (written notification is to be given Supervisor Protection Management, 1815 Capitol, PNG 06, Omaha, NE 68102-2920 with copy of such election to the employee's General Chairman). Should any employee fail to make an election of benefits during the period set forth in this paragraph B, such employee shall be considered as electing the protective benefits and conditions of this Agreement.

An employee currently covered by the protective benefits and conditions of another agreement may continue coverage under said agreement and upon expiration of said coverage elect the protective benefits and conditions remaining, if any, under this agreement, as set forth in Section 3, Article 1, of the New York Dock Conditions.

C. Each "dismissed employee" shall provide UPRR's designated Manager with the following information for the preceding month in which he is entitled to benefits no later than the tenth (10th) day of each subsequent month on a standard form provided by UPRR:

(1) The day(s) claimed by such employee under any unemployment insurance act.

(2) The day(s) claimed by such employee worked in other employment, the name(s) and address(es) of the employer and the gross earnings made by the dismissed employee in such other employment.

(3) The day(s) for which the employee was not available for service due to illness, injury or other reasons for which the employee could not perform service and the employee received sickness benefits.

D. If the "dismissed employee" referred to herein has nothing to report account not being entitled to benefits under any unemployment insurance law, having no earnings from any other employment, and was available for work the entire month, such employee shall submit, within the time period provided for in paragraph C of this Section, the form annotated "Nothing to Report."

E. The failure of any employee to provide the information as required in paragraphs C and D of this Section shall result in the withholding of all protective benefits during the month covered by such information pending receipt by UPRR's designated Supervisor Protection Management of such information from the employee. Except where an employee establishes that undue hardship delayed the filing of a claim, no claim for protective benefits shall be honored beyond sixty (60) days from the time specified in paragraph C of this Section.

Section 8.

A copy of this Implementing Agreement with attachments will be posted on bulletin boards accessible to employees affected by this transaction with sufficient number of copies to be made available to furnish individual copy to employees upon request.

Section 9.

For convenience, reference to gender, if any, in this Implementing Agreement and attachments are made in the masculine gender. It is understood and agreed by the parties to this Agreement that references to the masculine gender include both the masculine gender and the feminine gender.

Section 10.

A. This Agreement shall constitute the required Agreement as stipulated in Article 1, Section 4, New York Dock Conditions.

B. Any dispute arising out of this Implementing Agreement and the attached Letters of Agreement and/or Understandings will be handled by the appropriate General Chairman with the highest Labor Relations Officer designated to receive such claims and grievances for UPRR. Disputes not involving Section 3 or 7 of this Implementing Agreement, or Attachment C hereto, may be handled in accordance with Section 3 of the Railway Labor Act.

Section 11.

A. The provisions of this Implementing Agreement have been designed to address a particular situation. The parties exchanged various proposals and drafts antecedent to the adoption of this Agreement. It is our mutual understanding that none of such antecedent proposals and drafts will be used by any party for any purpose and that the provisions of this Agreement will be interpreted and applied as though such proposals and drafts had not been used or exchanged in the negotiations.

B. Therefore, the provisions of this Implementing Agreement and the attached Letters of Agreement and/or Understandings are without precedent or prejudice to the position of either party and shall not be referred to in any other transaction, nor within the context of negotiation (either National or Local) to which these crafts and this Carrier may be a party.

This Agreement shall become effective June 15, 1999.

**Signed this 25th day of May, 1999.**

# UNION PACIFIC RAILROAD COMPANY

TELECOMMUNICATIONS DEPARTMENT
Seniority District No. 4
**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS**
**Seniority Roster - Effective June 15, 1999**

| # NAME | POSITION | LOCATION | SENIORITY DATE | REPRESENTATION |
|---|---|---|---|---|
| 1 Hawkins, W. | Medical (2004) | Chester, IL | 2/19/62 | E |
| 2 Eaton, R. A. | ET Preserved/Monthly | N. Little Rock, AR | 9/20/63 | E |
| 3 Talley, W.A. | ET Preserved/Monthly | Tyler, TX | 8/19/64 | E |
| 4 Miller, J.L. | Sr. ET Preserved/Monthly | Salem, IL | 11/15/65 | S |
| 5 Apperson, F.L. | ET Preserved/Monthly | VanBuren | 2/1/66 | E |
| 6 Mason, D.W. | ETA Preserved Hourly | Marysville, KS | 6/1/66 | E |
| 7 Hammons, D.C. | Promoted | | 10/20/66 | E |
| 8 Bonham, M.E. | ET Preserved/Monthly | 0sawatomic, KS | 10/24/66 | E |
| 9 Grise, C.E. Jr. | ET Preserved/Monthly | Newport, AR | | 11/16/66 |
| E | | | | |
| 10 Wright, W.W. | ET Preserved/Monthly | Houston, TX | | 5/8/67 |
| S | | | | |
| 11 Heise, H.G. | ETA Preserved Hourly | Chester, TL | 11/01/67 | E |
| 12 Valentine, E.L. | ET Preserved/Monthly | Pine Bluff, AR | | 2/16/68 |
| E | | | | |
| 13 Burton, G.C. | ETA Preserved Hourly | Atchison, KS | | 6/18/68 |
| E | | | | |
| 14 Whitesell, W.E. | ET Preserved/Monthly | Livonia, LA | 9/1/68 | S |
| 15 Lynch, D.W. | ET Preserved/Monthly | Longview, TX | | 9/3/68 |
| Weir, D.E. | ET Preserved/Monthly | Houston, TX | | 11/18/68 |
| E | | | | |
| 17 Kline, R.J. | Medical (12/2003) | Salem, IL | 11/22/68 | S |
| 18 Gwyn, W.A. | ETA Preserved Hourly | St. Louis, MO | | 6/16/69 |
| E | | | | |
| 19 Stefaniak, T.E. | ETA Preserved Hourly | Dupo, IL | 7/1/69 | E |
| 20 Oliveral. H. | ET Preserved/Monthly | San Antonio, TX | 3/9/70 | E |
| 21 Brown, F.M. | ET Preserved/Monthly | Malden, MO | | 8/31/70 |
| E | | | | |
| 22 Cunningham, R.R. | Sr. ET Preserved/Monthly | Big Spring, TX | 10/23/70 | S |
| 23 Sykes, L.E. | Medical (2002) | | 11/16/70 | E |
| 24 Moss, R.E. | ETA Preserved Hourly | Livonia, LA | 11/23/70 | E |
| 25 Rice, G.L. | ETA Preserved Hourly | De Soto, MO | | 7/19/71 |
| E | | | | |
| 26 Boyd. M.L. | Sr. ET Preserved/Monthly | Fort Worth, TX | 12/13/71 | S |
| 27 Slansky, T.J. ## | Promoted | | 2/23/72 | E |
| 28 Inman, P.T. | ET Preserved/Monthly | E. St. Louis, IL | 7/10/72 | E |
| 29 Tate, A. | ET Preserved/Monthly | St. Louis, MO | | 12/19/72 |
| E | | | | |
| 30 Kemp. D.L. | ET Preserved/Monthly | Houston, TX | | 2/20/73 |
| S | | | | |
| 31 Mazurek, E. Jr. | ET Preserved/Monthly | San Antonio, TX | 3/12/73 | E |
| 32 Holden, C.L. | Promoted | San Antonio, TX | 3/14/73 | E |
| 33 Doiron, C.P. | ET Preserved/Monthly | Houston, TX | | 4/16/73 |
| E | | | | |
| 34 Ward, J.D. | ET Preserved/Monthly | San Antonio, TX | 5/3/73 | E |
| 35 Lombard, T.C. | ET Preserved/1\4onthly | Laredo, TX | 9/11/73 | E |
| 36 McMellen, A.L. | ET Preserved/Monthly | Springfield, IL | | 10/15/73 |
| Ballachino, R.A. | Sr. ET Preserved/Monthly | Fort Worth, TX | 5/13/74 | S |

| | | | | |
|---|---|---|---|---|
| 38 Woods, J.F. | ET Preserved/Monthly | Dallas, TX | 5/16/74 | E |
| Wiggins, F.D. | ETA Preserved Hourly | Kansas City, MO | 8/27/74 | E |
| 40 Belew, W.R. | ET Preserved/Monthly | Pine Bluff, AR | | 9/3/74 |
| E | | | | |
| 41 Legamaro, C. Jr. | Promoted | | 9/7/74 | E |
| 42 Mercer, C.M. | Promoted | | 5/5/75 | E |
| 43 Swanigan, R.A. | ET Preserved/Monthly | Pine Bluff, AR | | 10/6/75 |
| E | | | | |
| 44 Hoover, H.M. | Promoted | N. Little Rock, AR | 2/17/76 | E |
| 45 Hurt, M.D. | ETA Preserved Hourly | Kansas City, MO | 5/17/76 | E |



# UNION PACIFIC RAILROAD COMPANY

## TELECOMMUNICATIONS DEPARTMENT

**Seniority District No. 4**

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS**

**Seniority Roster - Effective June 15, 1999**

| # NAME | POSITION | LOCATION | SENIORITY DATE | REPRESENTATION |
|---|---|---|---|---|
| 46 Hanna, M.D. | ETA Preserved Hourly | St. Louis, MO | 8/4/76 | E |
| 47 White, J.P. | ET Preserved/Monthly | Alpine, TX | 10/26/76 | E |
| 48 Casper, J.T. | ETA Preserved Hourly | Dallas, TX | 4/4/77 | E |
| 49 Steele, J.M. | ET Preserved/Monthly | Houston, TX | 5/23/77 | E |
| 50 Appling, J.F. | ET Preserved/1\4onthly | Pine Bluff, AR | 7/26/77 | E |
| 51 Sorenson, R.D. | ET Preserved/Monthly | Kansas City, MO | 9/6/77 | E |
| 52 Weber, G.C. | ET Preserved/Monthly | Hearne, TX | 4/21/78 | E |
| Estill, D.L. | Sr. ET Preserved/Monthly | Fort Worth, TX | 5/4/78 | S |
| 54 Range, L. | ET Preserved/Monthly | Houston, TX | 5/4/78 | E |
| 55 Shadwick, T.J. | Promoted | | 6/12/78 | S |
| 56 Mayo, D.W. | ETA Preserved Hourly | Poplar Bluff, MO | 6/12/78 | E |
| 57 Spielbusch, G.E. | ET Preserved/Monthly | Kansas City, MO | 9/15/78 | E |
| 58 Breitenbach, R.S. | ET Preserved/Monthly | Monroe, LA | 10/16/78 | E |
| 59 Forbes, J.E. | ET Preserved/Monthly | Parsons, KS | 12/29/78 | E |
| 60 Ashley, T.E. | ET Preserved/Monthly | Houston, TX | 2/7/79 | E |
| 61 Lombard, R.B. | ET Preserved/Monthly | Del Rio, TX | 3/16/79 | E |
| 62 Deaver, J.G. | Promoted | | 4/11/79 | E |
| 63 Thom, L.H. | ET Preserved/Monthly | Avondale, LA | 1/3/80 | S |
| 64 Meza, L.A. | ET Preserved/Monthly | Del Rio, TX | 6/30/80 | E |
| 65 Haire, JW. | Sr. ET Preserved/1\4onthly | Fort Worth, TX | 9/10/80 | S |
| 66 Jackson, J.F. | ETA Preserved Hourly | Kansas City, MO | 10/25/80 | E |
| 67 Oerman, R.L. | ETA Preserved Hourly | Coffeyville, KS | 12/5/80 | E |
| 68 Busch, R.D. | Sr. ET Preserved/Monthly | San Antonio, TX | 1/5/81 | S |
| 69 Pinkston, J.W. | ET Preserved/T\4onthly | Tyler, TX | 1/22/81 | E |
| 70 Lane, K.E. | ET Preserved/1\4onthly | Houston, TX | 3/16/81 | E |
| 71 Hawkins, H.L. | ET Preserved/Monthly | Alexandria, LA | 3/17/81 | S |
| 72 Mansur, G.S. | Promoted | Spring, TX | 3/24/81 | S |
| 73 Janak, A.H. | Promoted | | 6/22/81 | S |
| 74 Ramsey, K.W. | ET Preserved/Monthly | Gurdon, AR | 7/16/81 | E |
| 75 Linbeck, L.J. | ET Preserved/Monthly | Houston, TX | 9/29/81 | S |
| 76 Williams, M.P. | ET Preserved/1\4onthly | N. Little Rock, AR | 10/16/81 | E |
| 77 Reece, G.D. | Promoted | | 2/26/82 | E |
| 78 Urban, R.R. | ETA Preserved Hourly | Kansas City, MO | 7/26/82 | E |
| 79 Larson, L.L. | ET Preserved/1\4onthly | Corpus Christi, TX | 9/7/82 | S |
| 80 Hawthorne, C.C. | ETA Preserved Hourly | Pine Bluff, AR | 10/4/82 | E |
| Drake, CW. | Promoted | | 10/31/82 | E |
| Menard, D.P. | Sr. ET Preserved/Monthly | Spring, TX | 11/8/82 | S |

JF-411 UP-ALBRIGHT002098

| | | | | |
|---|---|---|---|---|
| 83 Pierce, L.C. | ET Preserved/Monthly | Wichita, KS | 12/6/82 | E |
| Johnson, B.D. ## | Promoted | | 12/14/82 | S |
| 85 Evans, T.L. | Medical (2011) | | 10/17/83 | E |
| 86 Moore, B.E. | ET Preserved/Monthly | Kansas City, MO | 2/6/84 | E |
| 87 Couch, S.V. | ET Preserved/Monthly | Kansas City, MO | 2/13/84 | E |
| 88 Corley, D.A. | Promoted | | 2/16/84 | S |
| 89 Ladd, E.P. | ET Preserved/Monthly | Angleton, TX | 3/12/84 | S |
| 90 Lombard, G.A. | ET Preserved/Monthly | Laredo, TX | 5/3/84 | E |



JF 412

UPFULBRIGHT002099

# UNION PACIFIC RAILROAD COMPANY

TELECOMMUNICATIONS DEPARTMENT

Seniority District No. 4

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS**

**Seniority Roster - Effective June 15, 1999**

| NAME | POSITION | LOCATION | SENIORITY DATE | REPRESENTATION |
|---|---|---|---|---|
| 91 Urban, R.M. | Sr. ET Preserved/Monthly | Palestine, TX | 7/23/84 | S |
| 92 Johnson, R.G. | Promoted | N. Little Rock, AR | 8/8/84 | S |
| 93 Connolly, J.A. | Sr. ET Preserved/Monthly | Beaumont, TX | 8/16/84 | S |
| 94 Lasswell, J.E. | Promoted | Kansas City, MO | 9/10/84 | S |
| 95 Venable, C.R. Jr. | ET Preserved/Monthly | Houston, TX | 10/1/84 | E |
| 96 Taylor, E.P. | Sr. ET Preserved/Monthly | Livonia, LA | 2/11/85 | S |
| 97 Christopher, R.F. | LOA (Medical) | Houston, TX | 3/1/85 | E |
| 98 Booth, D.A. | ET Preserved/Monthly | Denison, TX | 5/13/85 | E |
| 99 Schumacher, W.A. | Sr. ET Preserved/Monthly | Dallas, TX | 5/28/85 | S |
| 100 Williams, C.E. | ET Preserved/Monthly | Muskogee, OK | 4/1/86 | E |
| 101 Tant, R.D. | Sr. ET Preserved/Monthly | Big Spring, TX | 2/2/87 | S |
| 102 McMillan, M.L. | ETA | Chester, IL | 6/13/88 | E |
| 103 Kunz, R.M. | ETA | Kansas City, MO | 6/23/88 | E |
| 104 Siebert, T.A. | ETA | St. Louis, MO | 9/1/88 | E |
| 105 Hammons, D.C. Jr. | Sr. ET Preserved/Monthly | Shreveport, LA | 9/12/88 | S |
| 106 Garrett, L.A. | ETA | N. Little Rock, AR | 10/3/88 | E |
| 107 Horton, R.K. | Sr. ET Preserved/Monthly | Fort Worth, TX | 10/3/88 | S |
| 108 Nolind, M.D. | ETA | Marysville, KS | 12/14/88 | E |
| 09 McKenzie, J.D. ## | Promoted | | 2/28/89 | S |
| .10 Yates, D.C. | Promoted | | 3/1/89 | E |
| III Williams, L.L. | ETA | Jeff City, MO | 5/1/89 | E |
| 112 Burton, DR. | ETA | St. Louis, MO | 8/3/89 | E |
| 113 Ringwald, R.L. | Sr. ET Preserved/Monthly | Taylor, TX | 2/5/90 | S |
| 114 Oiler, S.V. | Sr. ET Preserved/Monthly | Longview, TX | 2/6/90 | S |
| 115 Richards, G.A. | Sr. ET Preserved/Monthly | Spring, TX | 2/12/90 | S |
| 116 Gray, R.B. | ETA | N. Little Rock, AR | 3/1/90 | E |
| 117 Brand, J.M. | Promoted | St. Louis, MO | 4/1/90 | E |
| 118 Sada, J.T. | Sr. ET Preserved/Monthly | San Antonio, TX | 8/13/90 | S |
| 119 Hendry, M.W. | (Medical) | | 9/4/90 | E |
| 120 Neal, T.D. | Promoted | Fort Worth, TX | 10/1/90 | S |
| 121 Nay, M.D. | ETA | Salina, KS | 10/8/90 | E |
| 122 Johnson, R.C. | ETA | N. Little Rock, AR | 10/16/90 | E |
| 123 Carlson, VR. | Sr. ET Preserved/Monthly | Spring, TX | 3/1/91 | S |
| 124 Bargmann, N.F. | ETA | Wichita, KS | 10/21/91 | E |
| 125 Helton, CW. | ET Preserved/Monthly | Taylor, TX | 10/21/91 | S |
| 126 Bracken, J.D. ## | Promoted | | 5/25/92 | S |
| 127 Goff, P.K. | Promoted | | 9/1/92 | E |
| 128 Wainz, E.K. | Promoted | | 10/1/92 | E |
| 129 Martin, J. A. | Sr. ET Preserved/Monthly | Houston, TX | 1/25/93 | 'S |
| 130 Pippen, G.A. | ETA (LOA) | Dolton, IL | 1/25/93 | S |
| 131 Clark, T.D. | ET Preserved/Monthly | Palestine, TX | 4/16/94 | S |
| 132 Hale, J.D. | ETA | N. Little Rock, AR | 9/1/94 | E |
| 133 Saldana, L.B. Jr. | ET Preserved/Monthly | Fort Worth, TX | 11/1/94 | S |
| 134 Widmer, J.T. | Sr. ET Preserved/Monthly | Houston, TX | 11/1/94 | S |
| 135 Bays, S.L. | ETA | Kansas City, MO | 12/5/94 | E |



JF 413

UPFULBRIGHT002100

# UNION PACIFIC RAILROAD COMPANY

**TELECOMMUNICATIONS DEPARTMENT**

**Seniority District No. 4**

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS**

**Seniority Roster - Effective June 15, 1999**

| # NAME | POSITION | LOCATION | SENIORITY DATE | REPRESENTATION |
|---|---|---|---|---|
| 136 Hotard, J.S. | ET Preserved/Monthly | E. St. Louis, IL | 3/15/95 | E |
| 137 Haines, L.S. | Promoted | Fort Worth, TX | 5/1/95 | S |
| 138 Balmilero, L. | ET Preserved/Monthly | Topeka, KS | 7/17/95 | E |
| 139 Larson, R.S. | ETA | Memphis, TN | 12/21/95 | E |
| 140 Cooper, B.A. | Promoted | | 8/5/96 | E |
| 141 Wickerson, A.E. | ET13 | St. Louis, MO | 8/6/96 | E |
| 142 Meiklqjohn, M.C. | ET Preserved/Monthly | Pratt, KS | 1/6/97 | E |
| 143 Shulte, D.T. | ET Preserved/Monthly | Dalhart, TX | 1/7/97 | E |
| 144 Triplo, D.M. | ETB | St. Louis, MO | 2/18/97 | E |
| 145 Will, J.B. | ETB | St. Louis, MO | 3/17/97 | E |
| 146 Carlson, D.A. | Promoted | | 4/4/97 | E |
| 147 McKenzie, J.D. Jr. | ETA | St. Louis, MO | 8/8/97 | E |
| 148 Hines, E.C. Jr. | ET Preserved/Monthly | Livonia, LA | 8/16/97 | S |
| 149 Howard, J. A. | ETB | St. Louis, MO | 1/5/98 | E |
| 150 Overschmidt, M.E. | ETC | Dupo, IL | 1/26/98 | E |
| 151 Stanfill, J. L. | ETC | St. Louis, MO | 3/2/98 | E |
| 152 Fries, M.L. | ETC | Herrington, KS | 12/1/98 | E |
| 153 Hale, S.T. | ET Preserved/Monthly | Fort Worth, TX | 12/16/98 | S |
| 154 Delly, D.L. | ETB | Houston, TX | 5/3/99 | E |
| 155 Genteman, T.W. | ETC | St. Louis, MO | 5/3/99 | E |

Legend: ## Seniority date ceases to accumulate



JF 414

UPFULBRIGHT002105

# UNION PACIFIC RAILROAD COMPANY

TELECOMMUNICATIONS DEPARTMENT

Seniority District No. 9

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS**

**Seniority Roster - Effective June 15, 1999**

| # | NAME | POSITION | LOCATION | SENIORITY DATE | REPRESENTATION |
|---|---|---|---|---|---|
| 1 | Pilon. J.L. | Medical (3/2001) | | 6/8/59 | E |
| 2 | Veit, R. A. | Medical (4/2004) | | 8/24/60 | E |
| 3 | Meyer, G.G. | Medical (9/1999) | | 2/6/63 | E |
| 4 | Kricter, B.J. | ETA Preserved Hourly | W. Chicago, IL | 6/10/63 | E |
| 5 | Strobel, G.A. | Medical (11/2004) | | 8/1/63 | E |
| 6 | Ackerman, J.R. | Medical (11/2005) | | 3/1/64 | E |
| 7 | Corcoran, D.E. | ETA Preserved Hourly | Cedar Rapids, I | 5/25/64 | E |
| 8 | Gunderson, L.A. | ETA Preserved Hourly | St. Paul, MN | 10/5/64 | E |
| 9 | Blinkensop, D.A. | Medical (12/2007) | | 10/6/64 | E |
| 10 | Eggleston, A.D. | Medical (9/2006) | | 8/23/66 | E |
| 11 | Johannsen, R.D. | ETA Preserved Hourly | Clinton, IA | 10/30/67 | E |
| 12 | Nelson, L.D. | ETA Preserved Hourly | Boone, IA | 5/1/68 | E |
| 13 | Ignaszewski, R.L. | ETA Preserved Hourly | St. Paul | 10/19/69 | E |
| 14 | Aubry, S.L. | ETA Preserved Hourly | Waukegan, IL | 10/30/69 | E |
| 15 | Brennan. D.H. | ETA Preserved Hourly | Proviso, IL | 2/28/70 | E |
| 16 | Barcik, G.C. | Sr. ET Preserved/Monthly | Dolton, IL | 4/13/70 | S |
| 17 | Jensen, E. | Medical (6/2008) | | 6/17/70 | E |
| 18 | Willuweitt, H.W. | Medical (10/2006) | | 6/19/70 | E |
| 19 | Nemechek, T.W. | ETA Preserved Hourly | Des Moines, IA | 8/1/71 | E |
| 20 | Hickey. J. W. | ETA Preserved Hourly | Trenton, MO | 8/19/71 | E |
| 21 | Nugent, S.R. | ETA Preserved Hourly | Boone, IA | 8/3/72 | E |
| 22 | Beebe, D.R. | ETA Preserved Hourly | Peoria, IL | 1/6/73 | E |
| 23 | Phillips, J.M. | ETA Preserved Hourly | Butler, WI | 8/20/75 | E |
| 24 | Kester, K.A. | ETA Preserved Hourly | Clinton, IA | 6/22/77 | E |
| 25 | Kautzmarm, D.R. | ETA Preserved Hourly | Proviso, IL | 9/28/77 | E |
| 26 | Vlasak, W.F. | ETA Preserved Hourly | Proviso, IL | 12/5/77 | E |
| 27 | Lee, C.E. | ETA Preserved Hourly | Proviso, IL | 2/16/80 | E |
| 28 | Brenke, S.W. ## | Promoted | | 6/6/80 | E |
| 29 | Prins, G.R. | ETA Preserved Hourly | Mason, City, IA | 2/2/81 | E |
| 30 | Schneider, C.J. | ETA Preserved Hourly | Des Moines, IA | 4/4/83 | E |
| 31 | Whitelaw, JW. | ETA Preserved Hourly | Chicago, IL | 8/2/83 | E |
| 32 | Mauser, M.H. | Lead ETA Preserved | St. Paul, MN | 1/15/86 | E |
| 33 | Grosso, M.J. ## | Promoted | | 1/18/86 | E |
| 34 | Leacock, T.M. ## | Promoted | | 12/2/86 | E |
| 35 | Burden, D.B. ## | Promoted | | 6/1/88 | E |
| 36 | King, M.A. | Lead ETA Preserved | Chicago, IL | 9/1/89 | E |
| 37 | Carroll, D.B. | ETA Preserved Hourly | Proviso, IL | II/1/89 | E |
| 38 | Postuchow, K.W. | ETA Preserved Hourly | Butler, WI | 9/1/90 | E |
| 39 | Cashatt, S.W. | ETA Preserved Hourly | W. Chicago, IL | 3/4/93 | E |
| 40 | Henry, G.O. | ETA Preserved Hourly | Proviso, IL | 4/1/93 | E |
| 41 | Huszagh, R. | ETA Preserved Hourly | Proviso, IL | 12/19/94 | E |
| 42 | Braden, P.S. ## | Promoted | | 5/16/96 | E |



JF 415

UPFULBRIGHT002102

# UNION PACIFIC RAILROAD COMPANY

**TELECOMMUNICATIONS DEPARTMENT**

**Seniority District No. 5**

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS**

**Seniority Roster - Effective June 15, 1999**

| | NAME | POSITION | GANG # | SENIORITY DATE |
|---|---|---|---|---|
| 1 | Whaley, G.L. | Medical (6/2005) | | 3/12/62 |
| 2 | Cochrun, O.D. | Lineman | 3B | 8/1/65 |
| 3 | Whatley, W.D. | Medical (11/2002) | | 12/5/66 |
| 4 | Wills, B.W. | Lineman | 4B | 1/3/67 |
| 5 | Silvam,, P. B. | Lineman | 4B | 10/19/70 |
| 6 | Alford, M.D. | Lineman | 2C | 11/20/70 |
| 7 | Allison, R.D. | Medical (1/2009) | | 5/1/71 |
| 8 | Terrell, R. S. | Lineman | 4B | 3/1/74 |
| 9 | Carter, J.B. | Lineman | 2C | 3/4/74 |
| 10 | Fowler, N. | Lineman | 2C | 7/15/74 |
| 11 | Mannolejo, M. | Lineman | 3A | 7/9/79 |
| 12 | Christner, A.V. | Lineman | 3A | 3/3/81 |
| 13 | McDaneld, M.R. | Lineman (LOA) | | 4/18/83 |
| 14 | Busby, M.J. | Lineman | 3B | 8/1/84 |
| 15 | Cowan, J.D. | Lineman | 2B | 9/10/84 |
| 16 | Rhoades, R.G. | Lineman | 4C | 10/1/86 |
| 17 | Tincher, JW. | Lineman | 3B | 12/20/86 |
| 18 | Bishop, R.L. | Lineman | 113 | 2/1/87 |
| 19 | Colby, M.S. | Lineman | IB | 1/1/88 |
| 20 | Allison, C.R. | Medical (10/2014) | | 6/1/88 |
| 21 | Paddick, J.R. | Lineman (LOA) | | 7/1/91 |
| 22 | Horn, D.W. | LOA (Military) | | 5/23/92 |
| 23 | Burstert, M.N. | Lead Lineman | 113 | 7/18/94 |
| 24 | Fuller, R.L. | Lineman | 2B | 2/1/95 |
| 25 | Sinclair, K. W. | Lineman | 2A | 6/8/98 |
| 26 | Hill, S. L. | Lineman | 2A | 6/8/98 |
| 27 | Rathbun, S.D. | Lineman | 1A | 6/16/98 |
| 28 | Hanke, P.L. | Lineman | IA | 6/16/98 |
| 29 | Simpson, W.B. Jr. | Lineman | 2A | 6/29/98 |
| 30 | Spivak, M. S. | Lineman | 4A | 9/21/98 |
| 31 | Rush, J.J. | Lineman | 4A | 12/1/98 |
| 32 | Price, S. L. | Lineman | IA | 2/1/99 |



JF 416

UPFULBRIGHT002103

ATTACHMENT A

**UNION PACIFIC RAILROAD COMPANY**

1416 DODGE STREET
OMAHA NEBRASKA 68179

May 12, 1993

File: M-220-39

A. C. H.
JUN 11 1993

VICE PRESIDENT
JUN 01 1993
LABOR RELATIONS

MR E J ANOUSAKES
GENERAL CHAIRMAN BRS
6621 STONEHEDGE RD
North Little ROCK AR 72117

On several occasions we have discussed our shared concern with ways of encouraging employes to take full advantage of the Company's continuing technical training programs. In all functional areas of the Railroad, the Company is experiencing rapid technological change. Nowhere, however, is that change as widespread or as fast-paced as it is in the Communications area.

In order to encourage employes to make a commitment to what amounts to lifetime learning, and to recognize and reward employes who have made that commitment, we have agreed to the following:

(1) Any employe (Communications Maintainer, Maintenance Foreman or Communications Technician) who has taken a minimum of three voluntary Company advanced training classes in Communications; and
(2) Who has achieved a score of 90% or better in at least three such classes shall
(3) Be rewarded with the title of Senior Communications Technician.

When an employe becomes a Senior Communications Technician, the 65¢ an hour skill differential additive received by Communications Maintainers and Communications Technicians shall be made a part of the base salary rather than being handled as an additive. Thereafter, as part of the base salary, Oft additional 65¢per hour shall be part of the base for purposes of applying future percentage salary increases. Since the 65¢ an hour will have been bulk into the rate base for Senior Communications Technicians It is understood that the skill differential shall no longer apply to such positions.

If this proposal meets with your approval, please so indicate by signing in the space provided below.

Yours truly,

A. C. HALLBERG
Director Labor Relations
Maintenance of Way & Signal

F. J. Sevenants
General Director Telecommunications

AGREED:

E. J. Anousakes, General Chairman BRS

V. Van Artstalen, Vice President BRS

051293L:ACH

May 25, 1999

NYD 277

Mr.V.L.Janecek
General Chairman IBEW
620 North Custer
North Platte, NE 69101

Mr. E. J. Anousakes
General Chairman BRS
6621 Stonehedge Rd.
North Little Rock, AR 72117

Mr. R. Ramirez
General Chairman IBEW
844 Colorado Blvd., Ste 201
Los Angeles, CA 90041

Mr. S. P. Ramirez
General Chairman IBEW
P. 0. Box 381555
Memphis, TN 38183-1555

Dear Gentlemen:

This is in reference to the Implementing Agreement, effective June 15, 1999, between the Brotherhood of Railroad Signalmen, the International Brotherhood of Electrical Workers and the Union Pacific Railroad, covering notice dated November 24, 1997, pertaining to the consolidation of Telecommunications work, rosters and Collective Bargaining Agreements.

**SECTION ONE**

An employee who is required to change his place of residence as a result of his job being abolished or his work transferred under the Implementing Agreement effective June 15, 1999, and who, on the date of May 1, 1999, owned his home or was under contract to purchase a home and provides evidence of such ownership, shall be afforded one of the following options, which must be exercised within thirty (30) days from the date assigned to a position at the new work location:

Option 1: Accept the moving expense and loss in sale of home benefits provided by the terms of the New York Dock Conditions and paragraph (a) of this Attachment C.

Option 2: As a homeowner, accept a lump-sum transfer allowance in Lieu of any and all other moving expense and loss in sale of home benefits and allowances provided under the terms of New York Dock Benefits. The lump-sum transfer allowance is based on the shortest highway mileage from the old work location to the new work location, as follows:

| Mileage | Amount |
|---|---|
| 30-449 | $18,000 |
| 450-899 | $18,500 |
| 900-1349 | $19,000 |
| 1350+ | $19,500 |

JF 419
UPFULBRIGHT002106

NOTE: A homeowner is defined as one who owns or is under contract to purchase their own home which is presently occupied as a principle place of residence. A copy of deed, with an original notary public signature must be submitted with election of Option 1 or 2. A contract, deed or lease for a given residence may be submitted/used only one time as proof of home ownership for entitlement to this homeowner relocation benefit.

**SECTION TWO**

An employee that is a homeowner but does not sell his permanent place of residence will receive in lieu of any and all of the benefits contained in the above options to accept a lump-sum amount of Ten Thousand Five Hundred Dollars ($10,500.00). An employee electing this option will be considered as having relocated but will not be required to sell his permanent place of residence.

**SECTION THREE**

An employee referred to above who does not own a home or is not obligated under contract to purchase his home shall be afforded one of the following options which must be exercised within thirty (30) days from the date assigned to a position at the new work location:

Option 1: Accept the moving expense benefits and allowance provided by the terms of New York Dock Conditions and paragraph (a) of this Attachment C.

Option 2: Accept a lump-sum transfer allowance in lieu of any and all other moving expense and allowances provided under the terms of New York Dock Benefits. The lump-sum transfer allowance is based on the shortest highway mileage from the old work location to the new work location, as follows:

| Mileage | Amount |
|---|---|
| 30-449 | $7,000 |
| 450-899 | $7,500 |
| 900-1349 | $8,000 |
| 1350+ | $8,500 |

If an employee holds an unexpired lease on a dwelling occupied by him as his home, UPRR shall protect such employee from all loss and cost in securing cancellation of said lease as provided in Section 12(a)(iii) of New York Dock Conditions in addition to .the benefits provided in this paragraph. In connection with this provision, the lease must have been in effect prior to May 1, 1999 and the employee must work with the Carrier to minimize any cost in securing cancellations of said lease.

**SECTION FOUR**

An employee who is required to change his place of residence as a result of the transfer of work and who, on May 1, 1999, owned a mobile home as his primary residence or is under contract to purchase the mobile home and provides evidence of such ownership, shall be afforded one of the following options which must be exercised within thirty (30) days from the date assigned to a position at the new work location:

Option 1: Accept the moving expense and loss in sale of mobile home* benefits provided by the terms of the New York Dock Conditions and paragraph (a) of this Attachment C.

Option 2: Accept a lump-sum transfer allowance in lieu of any and all other moving expense and loss in sale of home benefits and allowances provided under the terms of New York Dock Benefits. The lump-sum transfer allowance is based on the shortest highway mileage from the old work location to the new work location, as follows:

| Mileage | Amount |
|---|---|
| 30-449 | $10,000 |
| 450-899 | $10,500 |
| 900-1349 | $11,000 |
| 1350+ | $11,500 |

*NOTE: For purposes of this Agreement, mobile homes will be evaluated on an individual basis for the purposes of determining whether it should be considered a mobile home under this Section or as a home under Section One. Mobile home owners should furnish pictures of the mobile home and tax statements along withevidence of ownership to the employee's manager for his further handling.

(a) An employee electing the moving expense benefits under the New York Dock Conditions (Option 1) shall receive a transfer allowance of One Thousand Dollars ($1,000.00). Also, the provisions of Section 9, Moving Expenses, of the New York Dock Conditions which provides "not to exceed 3 working days" will be increased to "not to exceed 5 working days." An employee electing to take the lump-sum transfer allowance (Option 2) shall not receive the $1,000.00 payment nor be allowed payment for five (5) working days.

(b) Any relocation expenses claimed as a result of this Agreement must be submitted to the employee's manager at the location the employee is transferred to and must be accompanied by proper receipts within ninety (90) days after being billed or such expense will not be considered for payment.

(c) If an employee elects Option 2 of any of the above and does not report to his new assigned work point within thirty (30) days from the date released from employee's old work location, the employee shall be considered as having resigned from service unless there are extenuating circumstances warranting an extension which should be promptly reported to the manager at the new location where assigned prior to expiration of thirty (30) days as indicated herein.

ATTACHMENT C

This Agreement shall not be cited as a precedent nor be referred to in connection with any future transfers of work.

Sincerely,

D. J. Smith
AVP Labor Relations

**AGREED:**

**FOR BROTHERHOOD OF RAILROAD SIGNALMEN:**

GENERAL CHAIRMAN, BRS

**APPROVED:**

VICE PRESIDENT, BRS

**FOR INTERNATIONAL BROTHERHOOD OF OF ELECTRICAL WORKERS:**

GENERAL CHAIRMAN, IBEW

GENERAL CHAIRMAN, IBEW

GENERAL CHAIRMAN, IBEW

JF 423

UPFULBRIGHT002110

May 25, 1999

NYD 277
Side Letter #1

Mr.V.L.Janecek
General Chairman IBEW
620 North Custer
North Platte, NE 69101

Mr. E. J. Anousakes
General Chairman BRS
6621 Stonehedge Rd.
North Little Rock, AR 72117

Mr. R. Ramirez
General Chairman IBEW
844 Colorado Blvd., Ste 201
Los Angeles, CA 90041

Mr. S. P. Ramirez
General Chairman IBEW
P. 0. Box 381555
Memphis, TN 38183-1555

Dear Gentlemen:

This is in reference to the Implementing Agreement, effective June 15, 1999, between the Brotherhood of Railroad Signalmen, the International Brotherhood of Electrical Workers and the Union Pacific Railroad, covering notice dated November 24, 1997, pertaining to the consolidation of Telecommunications work, rosters and Collective Bargaining Agreements.

Section 1 paragraph A of the Implementing Agreement states that Telecommunications employees represented by the BRS will adopt as the new CBA with BRS the CBA with IBEW as of the effective date of the Agreement. However, while it is understood that there shall be two separate CBAs in effect for Telecommunications (until such time as all BRS-represented employees are attrited), it is agreed that since all employees will be covered on appropriate seniority rosters, the Rules from the CBA with IBEW will govern seniority, seniority districts, bulletining, abolishments and classification of work.

This Agreement has been made due to the unique circumstances of this situation and shall not be cited as a precedent nor be referred to in connection with any future transfers of work.

Sincerely,

D. J. Smith
AVP Labor Relations

JF 424

UPFULBRIGHT002115

**AGREED:**

**FOR BROTHERHOOD OF RAILROAD SIGNALMEN:**

GENERAL CHAIRMAN, BRS

**APPROVED:**

VICE PRESIDENT, BRS

**FOR INTERNATIONAL BROTHERHOOD OF OF ELECTRICAL WORKERS:**

GENERAL CHAIRMAN, IBEW

GENERAL CHAIRMAN, IBEW

GENERAL CHAIRMAN, IBEW

JF 425

UPFULBRIGHT002112

May 25, 1999

NYD 277
Side Lefter #2

Mr.V.L.Janecek
General Chairman IBEW
620 North Custer
North Platte, NE 69101

Mr. E. J. Anousakes
General Chairman BRS
6621 Stonehedge Rd.
North Little Rock, AR 72117

Mr. R. Ramirez
General Chairman IBEW
844 Colorado Blvd., Ste 201
Los Angeles, CA 90041

Mr. S. P. Ramirez
General Chairman IBEW
P. 0. Box 381555
Memphis, TN 38183-1555

Dear Gentlemen:

This is in reference to the Implementing Agreement, effective June 15, 1999, between the Brotherhood of Railroad Signalmen, the International Brotherhood of Electrical Workers and the Union Pacific Railroad, covering notice dated November 24, 1997, pertaining to the consolidation of Telecommunications work, rosters and Collective Bargaining Agreements.

Section 2 paragraph A of the Implementing Agreement states that the parties will meet within sixty days of the effective date of the Implementing Agreement to review the consolidated seniority rosters. At that time, the Organization and Carrier will review their records to identify all inactive employees who may possibly return to service in the future. The Carrier will send out copies of the Implementing Agreement, all attachments and side letters to such employees at their last known address.

This Agreement has been made due to the unique circumstances of this situation and shall not be cited as a precedent nor be referred to in connection with any future transfers of work.

Sincerely,

D. J. Smith
AVP Labor Relations

JF 426

UPFULBRIGHT002113

**AGREED:**

**FOR BROTHERHOOD OF RAILROAD SIGNALMEN:**

GENERAL CHAIRMAN, BRS

**APPROVED:**

VICE PRESIDENT, BRS

**FOR INTERNATIONAL BROTHERHOOD OF OF ELECTRICAL WORKERS:**

GENERAL CHAIRMAN, IBEW

GENERAL CHAIRMAN, IBEW

GENERAL CHAIRMAN, IBEW

JF 427

UPFULBRIGHT002118

May 25, 1999

NYD 277
Side Lefter #3

Mr. V. L. Janecek
General Chairman IBEW
620 North Custer
North Platte, NE 69101

Mr. E. J. Anousakes
General Chairman BRS
6621 Stonehedge Rd.
North Little Rock, AR 72117

Mr. R. Ramirez
General Chairman IBEW
844 Colorado Blvd., Ste 201
Los Angeles, CA 90041

Mr. S. P. Ramirez
General Chairman IBEW
P. 0. Box 381555
Memphis, TN 38183-1555

Dear Gentlemen:

This is in reference to the Implementing Agreement, effective June 15, 1999, between the Brotherhood of Railroad Signalmen, the International Brotherhood of Electrical Workers and the Union Pacific Railroad, covering notice dated November 24, 1997, pertaining to the consolidation of Telecommunications work, rosters and Collective Bargaining Agreements.

If an employee represented by the BRS is forced into an IBEW-represented position, he will have a one-time opportunity to assert his BRS prior rights in order to secure the first BRS-represented position available for which he has sufficient seniority to hold. If the employee fails to do this, he forfeits the opportunity to return to a BRSrepresented position.

This Agreement has been made due to the unique circumstances of this situation and shall not be cited as a precedent nor be referred to in connection with any future transfers of work

Sincerely,

D. J. Smith
AVP Labor Relations

JF 428

UPFULBRIGHT002119

**AGREED:**

**FOR BROTHERHOOD OF RAILROAD SIGNALMEN:**

GENERAL CHAIRMAN, BRS

**APPROVED:**

VICE PRESIDENT, BRS

**FOR INTERNATIONAL BROTHERHOOD OF OF ELECTRICAL WORKERS:**

GENERAL CHAIRMAN, IBEW

GENERAL CHAIRMAN, IBEW

GENERAL CHAIRMAN, IBEW

May 25, 1999

NYD 277
Side Lefter #4

Mr.V.L.Janecek
General Chairman IBEW
620 North Custer
North Platte, NE 69101

Mr. E. J. Anousakes
General Chairman BRS
6621 Stonehedge Rd.
North Little Rock, AR 72117

Mr. R. Ramirez
General Chairman IBEW
844 Colorado Blvd., Ste 201
Los Angeles, CA 90041

Mr. S. P. Ramirez
General Chairman IBEW
P. 0. Box 381555
Memphis, TN 38183-1555

Dear Gentlemen:

This is in reference to the Implementing Agreement, effective June 15, 1999, between the Brotherhood of Railroad Signalmen, the International Brotherhood of Electrical Workers and the Union Pacific Railroad, covering notice dated November 24, 1997, pertaining to the consolidation of Telecommunications work, rosters and Collective Bargaining Agreements.

Section 4 paragraph A of the Implementing Agreement states that BRS-represented employees shall maintain their BRS rates of pay. It is understood that these employees will receive their wage increases based on the Agreements reached with the BRS. Likewise, I B EW-rep resented employees will receive their wage increases based on the Agreements reached with the IBEW.

This Agreement has been made due to the unique circumstances of this situation and shall not be cited as a precedent nor be referred to in connection with any future transfers of work.

Sincerely,

D. J. Smith
AVP Labor Relations

JF 430

UPFULBRIGHT002127

**AGREED:**

**FOR BROTHERHOOD OF RAILROAD SIGNALMEN:**

GENERAL CHAIRMAN, BRS

**APPROVED:**

VICE PRESIDENT, BRS

**FOR INTERNATIONAL BROTHERHOOD OF OF ELECTRICAL WORKERS:**

GENERAL CHAIRMAN, IBEW

GENERAL CHAIRMAN, IBEW

GENERAL CHAIRMAN, IBEW

JF 431

UPFULBRIGHT002128

May 25,1999

NYD 277
Side Lefter #5

Mr.V.L.Janecek
General Chairman IBEW
620 North Custer
North Platte, NE 69101

Mr. E. J. Anousakes
General Chairman BRS
6621 Stonehedge Rd.
North Little Rock, AR 72117

Mr. R. Ramirez
General Chairman IBEW
844 Colorado Blvd., Ste 201
Los Angeles, CA 90041

Mr. S. P. Ramirez
General Chairman IBEW
P. 0. Box 381555
Memphis, TN 38183-1555

Dear Gentlemen:

This is in reference to the Implementing Agreement, effective June 15, 1999, between the Brotherhood of Railroad Signalmen, the International Brotherhood of Electrical Workers and the Union Pacific Railroad, covering notice dated November 24, 1997, pertaining to the consolidation of Telecommunications work, rosters and Collective Bargaining Agreements.

It is understood that employees who are promoted and maintained on the dovetailed rosters will continue to be covered under the retention of seniority agreement appropriate for their representation.

This Agreement has been made due to the unique circumstances of this situation and shall not be cited as a precedent nor be referred to in connection with any future transfers of work.

Sincerely,

D. J. Smith
AVP Labor Relations

**AGREED:**

**FOR BROTHERHOOD OF RAILROAD SIGNALMEN:**

GENERAL CHAIRMAN, BRS

**APPROVED:**

VICE PRESIDENT, BRS

**FOR INTERNATIONAL BROTHERHOOD OF OF ELECTRICAL WORKERS:**

GENERAL CHAIRMAN, IBEW

May 25, 1999

NYD 277
Side Lefter #6

Mr.V.L.Janecek
General Chairman IBEW
620 North Custer
North Platte, NE 69101

Mr. S. P. Ramirez
General Chairman IBEW
P.O. Box 381555
Memphis, TN 38183-1555

Mr. R. Ramirez
General Chairman IBEW
844 Colorado Blvd., Ste 201
Los Angeles, CA 90041

Dear Gentlemen:

This is in reference to the Implementing Agreement, effective June 15, 1999, between the Brotherhood of Railroad Signalmen, the International Brotherhood of Electrical Workers and the Union Pacific Railroad, covering notice dated November 24, 1997, pertaining to the consolidation of Telecommunications work, rosters and Collective Bargaining Agreements.

Section 4 paragraph A of the Implementing Agreement preserved the BRS rate of pay for BRS-represented employees. It is the intent of the parties to allow IBEW-represented employees on Roster 4 to receive the benefit of the May 12, 1993 Lefter Agreement between the BRS and UPRR which created the position of Senior Communications Technician (Attachment A). Therefore, such IBEW-represented employees on Roster 4 with preserved monthly rates and who meet the requirements of the attached May 12, 1993 Agreement will be eligible to receive a monthly rate of $3717 (based on the current BRS Senior Communications Technician rate).

IBEW-represented employees who elect to be classified as Senior Communications Technicians in this manner will be governed under the conditions of Rule 7 of the CBA with IBEW.

This Agreement has been made due to the unique circumstances of this situation and shall not be cited as a precedent nor be referred to in connection with any future transfers of work.

Sincerely,

D. J. Smith
AVP Labor Relations

**AGREED:**

**FOR BROTHERHOOD OF RAILROAD SIGNALMEN:**

GENERAL CHAIRMAN, BRS

**APPROVED:**

VICE PRESIDENT, BRS

**FOR INTERNATIONAL BROTHERHOOD OF OF ELECTRICAL WORKERS:**

GENERAL CHAIRMAN, IBEW

GENERAL CHAIRMAN, IBEW

GENERAL CHAIRMAN, IBEW

JF 435

**POLICY AND PROCEDURES FOR ENSURING RULES COMPLIANCE**

## FORMAL CONFERENCING/TRAINING

Date: Conference result of Mutual Consent (All Parties)

Name: Joe M. Fulbright

Employee ID: 0251592

Mr. Fulbright

This to confirm our conference on May 4, 2012 at 2:30 PM at the Telecom Managers office in connection with events described below:

Description of Event: Joe Fulbright has been witnessed leaving his on duty position early on several occasions. Joe Fulbright's work schedule is from 7-4 m-f with an unpaid hour lunch. Joe has been leaving his on duty position consistently at 3:15 to 3:30. Joe has been witnessed at his home residence at 4:00 PM, and at another residence in NRH at or before 4:00 PM.

Rule(s) Discussed: 1.6 Conduct: Employees must not be........4) dishonest.

**falsifying payroll, stealing time**

1.13 Reporting and Complying with instructions

__ I agree to have a conference

__ I decline to have a conference

[signature]

Employee Signature

______________________

Manager's Signature and Title

UPFULBRIGHT002123

**JF 000009**

# Texas Medical Diagnostic, Inc.

**Texas Medical Diagnostic, Inc.**

tmdsleep@sleeplab.clinic

**PHONE 800.657.1920**

**FAX 877.820.0430**

| | | | |
|---|---|---|---|
| **TO:** | | **FROM:** | Sleep Telemedicine Services |
| **FAX:** | +19727776951 | **DATE:** | Thursday, February 4, 2021 12:37 PM, CST |
| **PHONE:** | | **RE:** | |

**Comments:**

Please try our documents portal for secure delivery of documents to us located at **https://sleeplab.clinic/tmd**

** The materials in this electronic communication are private and may contain Protected Health Information. If you are not the intended recipient be advised that any unauthorized use, disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return fax or phone call. **

# Chart

## JOE FULBRIGHT

DOB: Redacted

From 06/01/2015 to 06/01/2015

JF 437

# Encounters

**Encounter 1** Date 06/01/2015
**Diagnosis** IDIOPATHIC INSOMNIA (307.42)

JF 438

# History & Physical Report #1

***JOE FULBRIGHT***
6/1/2015 11:46 AM
Location: WELLNESS IN SLEEP--ARLINGTON
Patient #: 1511297
DOB:Redacted
Unknown / Language: Undefined / Race: Undefined
Male

History of Present Illness (CLINT BASTIBLE, PAC; 6/1/2015 12:42 PM)

The patient is a 54 year old male who presents for consultation. Patient presents for consultation regarding his diagnosis of insomnia 4 years ago. Patient's employer is requiring documentation and assessment of medication usage and risk of daytime sleepiness the next day after sleep aid usage. Patient feels his insomnia was secondary to a B12 deficiency that caused neurological sequela. Patient noted a latency of 2 hours, sleep duration of 2 hours, and then he is up the rest of the night. Patient was started on Prozac and trazodone at the time by a psychiatrist to treat his insomnia. Prozac was discontinued after one year, and patient is maintained on trazodone 75-100mg per night with improvement in sleep and without side effects. Patient denies grogginess the next day. He reports on the medication he falls asleep within less than 45 minutes, and awakes 0-1 time at night. Patient states he gets up for nocturia, checks on his mother, and returns to sleep within 1 hour. He takes a daytime nap for 1.5 hours. Patient his employer has concern because he was called in to go to work and patient declined because he is using a sleeping medication. Patient informed the company if he went to work in the middle of the night, he could fall asleep driving because of the medication, however, he has no issues with staying awake while driving when he gets up in the morning and the medication has wore off. Patient denies snoring, choking, gasping, or witnessed sleep apnea. He denies morning headaches but does report dreams of drowning or suffocation. He denies sweats or palpitations. He denies leg kicking at night.

Patient denies previous sleep testing

Problem List/Past Medical (CLINT BASTIBLE, PAC; 6/2/2015 12:34 PM)

**Allergic Rhinitis**
**COPD**
**B12 DEFICIENCY (266.2)**
**Insomnia**

Allergies (Sheila R Howard; 6/1/2015 11:47 AM)

**No Known Drug Allergies**. 06/01/2015

Family History (Sheila R Howard; 6/1/2015 11:48 AM)

**Alzheimer's disease**. Mother.
**No family history of genetic disorders**. Father.

Social History (Sheila R Howard; 6/1/2015 11:50 AM)

**electronic tech**
**Drowsiness**. Denies drowsiness while driving, Patient denies recent history of falling asleep while driving, Patient denies MVA associated with falling asleep while driving .
**Tobacco use**. Smoker.
**Alcohol Use**. Occasional alcohol use, Drinks beer.
**Drug Use**. None.
**Epworth sleepiness scale score:**. 7 represents normal daytime alertness.

Medication History (CLINT BASTIBLE, PAC; 6/1/2015 12:42 PM)

TraZODone HCl (100MG Tablet, Oral) Active.
Symbicort (160-4.5MCG/ACT Aerosol, Inhalation) Active.
b 12 injections 1000 units Active.
Medications Reconciled.

Past Surgical History (Sheila R Howard; 6/1/2015 11:51 AM)

**Carpal Tunnel Repair**
**Gallbladder Surgery**
**Tonsillectomy**
**elbow**

Vitals (Sheila R Howard; 6/1/2015 12:01 PM)

6/1/2015 11:51 AM
**Weight:** 306 lb **Height:** 70 in **Neck:** 19.5 in
*Height was reported by patient.*
**Body Surface Area:** 2.62 $m^2$ **Body Mass Index:** 43.91 kg/$m^2$
**Pulse:** 83 (Regular) **P.OX:** 94% (Room air)
**BP:** 164/90 (Sitting, Left Arm, Standard)

JF 439

Physical Exam (CLINT BASTIBLE, PAC; 6/1/2015 12:42 PM)

The physical exam findings are as follows:

**General**
**General Appearance** - Morbidly obese body habitus, patient in no acute distress.

**Head and Neck**
**Head**
**Head:** - Head is normocephalic.
**Neck**
**Neck:** - Neck is supple without thyromegaly or adenopathy, no carotid bruits are noted, trachea is mid-line.

**Eye**
**EYES:** - PERRL, inspection of external lids and conjunctivae appear normal, sclera anicteric.

**ENMT**
**Ears**
**Ears:** - External ears and pinna appear normal with no significant deformity and tympanic membranes are without erythema or bulging.
**Nose and Sinuses**
**Nose:** - Nose is clear, nares are patent bilaterally, no gross structural obstruction noted.
**Mouth and Throat**
**Palate:** - Visualization of the oral cavity reveals a normal hard palate. **Oropharynx:** - oropharynx within normal limits, no erythema, exudate, or ulcerations. **Soft palate:** - Dependent soft palate. Mallampati - class IV. **Uvula:** - Normal uvula. **Tongue:** - Normal size tongue.

**Chest and Lung Exam**
**Respiratory:** - Normal respiratory effort with normal rate, lungs clear without wheezes, rales, rhonchi, or crackles.

**Cardiovascular**
**CV:** - Heart is regular rate and rhythm without murmurs, gallop, or rub.

**Neuropsychiatric**
**Psychiatric:** - Appropriate judgment and insight, oriented to person, place and time, language normal.

Assessment & Plan (CLINT BASTIBLE, PAC; 6/2/2015 12:34 PM)

IDIOPATHIC INSOMNIA (307.42)
**Impression:** Patient's case was discussed with supervising provider. A home sleep study test was ordered to make sure that maintenance portion of insomnia is not secondary to underlying sleep related breathing disorders. A maintenance of wakefulness test to objectively assess level of alertness after usage of trazodone. Patient to follow-up with Dr. Grimes to review test results, sooner if needed. Patient cautioned not to drive or operate heavy machinery if drowsy.
Current Plans
- Home sleep testing (HST)
- MWT without overnight evaluation
- Follow up after study to review results with Dr. Grimes

Completed and submitted for review by CLINT BASTIBLE PAC (6/2/2015 12:35 PM)
Signed electronically by TATE A GRIMES, MD (6/2/2015 5:55 PM)

JF 440

# Scanned Documents

| # | Date | Title | Approved By | Comments |
|---|---|---|---|---|
| 1 | 06/01/2015 | CL: UPDATE | Gone, Aileen | No |
| 2 | 06/01/2015 | CL: CONSENT | Gone, Aileen | No |
| 3 | 06/01/2015 | ADM: INSURANCE CARD UPDATE | Gone, Aileen | No |
| 4 | 06/01/2015 | CL: UPDATE | Gone, Aileen | No |

JF 441

Wellness In Sleep

# Overall Sleep History

**An important part of interpreting the results from your diagnostic sleep study is contained in your answers to the following health related questions. The interpreting physician will evaluate your history as well as the recording of information. This will ensure accurate, thorough results.**

Date: June 1, 2015 SS# Redacted DOB: Redacted

Last name: Fulbright First name: Joe MI: M Height: 5'10 Weight: 285

Home phone Redacted Work phone 717 253 7249 Cell/Alternate phone ____________

## Epworth Sleepiness Scale

How likely are you to fall asleep or doze during the following circumstances? (This question refers to recent life. If you have not reacted to some of these, estimate how you feel you might have reacted.)

0 = No chance 1 = Slight chance 2 = Moderate chance 3 = High chance

| | |
|---|---|
| Sitting and reading | 1 |
| Watching TV | 1 |
| Sitting inactive in a public place (theater or meeting) | 0 |
| As a passenger in a car for an hour without a break | 2 |
| Lying down to rest in the afternoon when circumstances permit | 2 |
| Sitting and talking with someone | 0 |
| Sitting quietly after lunch (without alcohol) | 1 |
| Driving a car or while stopped in traffic | 0 |

(7)

## Fatigue Severity Scale

Consider the following statements. Rate the severity of your fatigue symptoms. Read each statement and circle a number from 1 to 7, based on how accurately it reflects your condition during the past week and the extent to which you agree or disagree that the statement applies to you. A low value indicates strong disagreement with the statement, whereas a high value indicates strong agreement. It is important that you circle a number for every question.

| During the past week, I have found that: | DISAGREE ← | | | | | | → AGREE |
|---|---|---|---|---|---|---|---|
| 1. My motivation is lower when I am fatigued. | 1 | 2 | (3) | 4 | 5 | 6 | 7 |
| 2. Exercise brings on my fatigue. | 1 | (2) | 3 | 4 | 5 | 6 | 7 |
| 3. I am easily fatigued. | 1 | 2 | (3) | 4 | 5 | 6 | 7 |
| 4. Fatigue interferes with my physical functioning. | 1 | (2) | 3 | 4 | 5 | 6 | 7 |
| 5. Fatigue causes frequent problems for me. | (1) | 2 | 3 | 4 | 5 | 6 | 7 |
| 6. My fatigue prevents sustained physical functioning. | (1) | 2 | 3 | 4 | 5 | 6 | 7 |
| 7. Fatigue interferes with carrying out certain duties and responsibilities. | (1) | 2 | 3 | 4 | 5 | 6 | 7 |
| 8. Fatigue is among my three most disabling symptoms. | 1 | (2) | 3 | 4 | 5 | 6 | 7 |
| 9. Fatigue interferes with my work, family or social life. | 1 | (2) | 3 | 4 | 5 | 6 | 7 |

| FALL RISK ASSESSMENT | YES | NO | COMMENTS |
|---|---|---|---|
| History of falls | | none | |
| Physical limitations | | none | |
| Cognitive limitations | yes in the past | | |
| Medication regime | yes | | |

JF 442

UPFULBRIGHT002130

Redacted

Name: *Joe M Fulbright* DOB: Date: *June 1, 2015*

**Main sleep complaint**: *Need medication To sleep*

**Current Medications**: (list any medication you have taken in the last 72 hours even over-the-counter meds or provide a list) *Trazadone 75mg. 1/day (4X) qhs*

**Drug Allergies**: *None*

**Sleep Habits**:

What is your usual bedtime? *7:30 – 10:00*

What time did you go to bed last night? *9:00*

How long does it usually take you to fall asleep? *40 min*

How long did it take you to fall asleep last night? *30 min*

What time do you usually wake up in the morning? *4:30*

What time did you wake up this morning? *7:30*

What time did you actually get out of bed? *7:50*

Do you use an alarm clock? Yes (No)

How many times do you typically wake up during the night? *1*

How many times did you wake up last night? *1*

How long do you typically stay awake during the night? *0 - 1hr* *bathroom*

Do you take any naps? (Yes) No

If so, how many and for how long? *~1.5 hrs*

Did you take any naps today? Yes (No)

If so, how many and for how long?

Were any intentional?

How does the sleep you got last night compare to an average night? less / (about the same) / more

Choose the statement below which **best** describes the way you felt upon arriving at the lab:

_____Feeling alert, wide awake _____Relaxed, awake, but not fully alert

_____A little foggy, not at peak, let down _____Sleepiness, prefer to be lying down, fighting to stay wake

_____Almost asleep

Do you have any of the following? daytime sleepiness snoring seizures urine problems chest pain shortness of breath allergies leg swelling (insomnia) heartburn reflux indigestion (nasal congestion) sore throat

Have you had a sleep study previously? Yes (No)

If yes, when and where?

Have you ever been diagnosed with sleep apnea? Yes (No)

If yes, what treatment was recommended?

If a CPAP machine was ordered, what is the name of the Durable Medical Equipment company that supplied it/set it up or brought it to your house?

**Past Medical History**:

Please circle any medical conditions you have:

Emphysema ~~COPD~~ Muscular Disorder Congestive Heart Failure

Heart Attack Stroke High Blood Pressure Diabetes

List any others that you are being medicated for: *COPD Symtoms with Allergy*

**Past Surgical History**:

Please circle any surgeries you have had? (Tonsillectomy) Sinuses Nose Ears

List any other surgeries: *Gall Bladder, Carpal Tunnel Both Hands, Nerve release elbo*

Page 2 of 3

JF 443

UPFULBRIGHT002135

# Wellness In Sleep, PA

Redacted

Patient Name: Joe M. Fulbright DOB ______

## Patient Confidentiality Release

In order to comply with HIPAA Laws and to maintain patient confidentiality, we need your permission to discuss medical information with anyone other than you. Please list the people to whom we may speak regarding your medical information, or fax information to, and their relationship to you.

Name: ______ Relationship: ______

Name: Donna Shoemaker Relationship: Wife

Name: Union Pacific Medical Relationship: employer

Department info for this visit only

Additionally, we also need permission to leave messages. Please indicate how we may leave you messages by placing a check in the box and listing the phone number next to your preference(s).

- ☐Cell Phone 817 901 3981
- ☐Personal Voicemail ______
- ☐Home Answering System ______
- ☐Personal Secretary ______
- ☐Work Voicemail ______
- ☐ Other ______

## Receipt of Information

JMF By my initials I state that I have reviewed WIS **Patient's Bill of Rights & Responsibilities.**

JMF By my initials I state that I have reviewed WIS **CMS Medicare DMEPOS Supplier Standards**.

JMF By my initials I state that I have reviewed WIS **Notices of Protected Health Information**.

**By signing below, I understand this form will expire in one year from the date of signature.**

[signature] June 1, 2015

Signature of Patient/Guardian | Date | Signature of WIS Representative

THIS FORM WILL BECOME PART OF THE PATIENT'S MEDICAL RECORD. revised 4/14/2015

JF 444

UnitedHealthcare

Health Plan (80840) Redacted

Member ID: 800379477 Group Number: 23000

Member
JOE FULBRIGHT
Dependents
DAWNA SHOEMAKER

RAILROAD EMPLOYEES NATIONAL
HEALTH & WELFARE PLAN- MMCP

Payer ID 87726

Office: $20 ER: $75 RetailClinic: $10
UrgCare: $20 Spec: $35

0604

UnitedHealthcare Choice Plus
Administered by UnitedHealthcare Insurance Company

This card does not guarantee coverage. To verify benefits, view claims, or find a provider, visit the websites or call.

Members: 800-842-9905
Providers: 877-842-3210
RAILROAD HEALTHLINK: 866-735-5685
UBH Mental Health/Substance Abuse: 866-850-6212

MultiPlan
UnitedHealth Allies

Claim Address: P O Box 30985, Salt Lake City, UT 84130-0985

JF 445

UPFULBRIGHT002133

# OFFICE VISIT QUESTIONNAIRE

Patient Name: Joe M Fulbright DOB: Redacted Date: June 1, 2015

Have there been any changes in your medications since your last office visit or sleep study?
Yes (No)
If so, please list your current medications or you may provide a list to the receptionist so we may make a copy. Please provide the dosage if you know it.

________________________________________

Name and phone number of the pharmacy you use: Super Value Euless

Are you allergic to any medications? Yes (No)
If so, please list the medications you are allergic to:

________________________________________

Have there been any changes in your medical history since your last office visit or sleep study? Yes (No)
If so please list them.

________________________________________

Are you currently using a CPAP/BiPAP machine? Yes (No)
If you are on a CPAP/BiPAP machine, are you having any problems? Yes (No)

## Epworth Sleepiness Scale

How likely are you to fall asleep or doze during the following circumstances? (This question refers to recent life. If you have not reacted to some of these, estimate how you feel you might have reacted.)

**0=No chance** **1=Slight chance** **2=Moderate chance** **3=High chance**

| | |
|---|---|
| Sitting and reading | 2 |
| Watching TV | 2 |
| Sitting inactive in a public place (theatre or meeting) | 0 |
| As a passenger in a car for an hour without a break | 1 |
| Lying down to rest in the afternoon when circumstances permit | 2 |
| Sitting and talking with someone | 0 |
| Sitting quietly after lunch (without alcohol) | 0 |
| Driving a car or while stopped in traffic | 0 |

(7)

JF 446

# REDACTED

---------- Forwarded message ----------
From: **LiveCareer** <member@m.livecareer.com>
Date: Sat, Feb 13, 2016 at 9:27 PM
Subject: Your resume is waiting for you....
To: jmfjmf1961@gmail.com

This is a one-time Administrative email.
You can change your subscription preferences at any time.

**LiveCareer®**
**Home of America's #1 Resume Builder**
**Congratulations**

**Dear jmfjmf1961@gmail.com**

Congratulations! Yesterday you took the first step towards achieving your career goals. Your resume will remain available for viewing as long as your account remains active.

Your account status is:

| **Your Account Status** | |
|---|---|
| Resume Builder | Create Resume |
| Career Interest Test | Take Test |
| Career Satisfaction Test | Take Test |
| Resume Test | Take Test |
| Salary Report | Get Report |
| Education Test | Take Test |
| Start a Business Test | Take Test |

You can view your resume by logging into your account at any time.

**Helpful Information About Your LiveCareer Account**

**Account Access**
Your account information has been saved and you may view it at www.livecareer.com Just log in as a return user in the upper right hand corner of the screen.
Your Username is:
jmfjmf1961@gmail.com

If you forgot your password, we can email it to you. Just enter your email address here.

**Email Updates**
**You are opted out of receiving other email communications from us and our partners.** You will only receive administrative emails regarding your

Thanks for being a LiveCareer member.

Sincerely,
The LiveCareer Team

account. You may change your preferences here

**Account Management**
If for any reason you do not want to take advantage of your free LiveCareer membership, you may delete this account.

LiveCareer periodically sends emails to its subscribed members. You subscribed as jmfjmf1961@gmail.com when you registered for your free account with LiveCareer on 2/12/2016 10:42:00 AM. To ensure the delivery of LiveCareer email, please take a moment to add member@m.livecareer.com to your email address book or safe list - Find out how. You can unsubscribe at any time. LiveCareer values your privacy; read our privacy policy.

N.A. LiveCareer Inc. 1 Hallidie Plaza, Suite 600, San Francisco, CA 94102

© 2015 LiveCareer Ltd. All rights reserved.

# REDACTED

---------- Forwarded message ----------
From: **Lockheed Martin** <donotreply@trm.brassring.com>
Date: Wed, Feb 17, 2016 at 12:13 AM
Subject: Your candidate reference number - Lockheed Martin.
To: jmfjmf1961@gmail.com

Joe Fulbright,

Thank you for your interest in Lockheed Martin. We appreciate the time and effort that you have taken to present your qualifications to us.

This e-mail serves as confirmation that your resume has been submitted for the following position(s):

Technician Sr 342600BR

Your skills and experience may be reviewed against the requirements of all open position(s), including the one(s) to which you have submitted.

Thank you for considering Lockheed Martin in your job search.

Lockheed Martin is an Equal Opportunity/Affirmative Action Employer. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, pregnancy, sexual orientation, gender identity, national origin, age, protected veteran status, or disability status.

**Please do not reply to this email.**

# REDACTED

---------- Forwarded message ----------
From: **Indeed** <myindeed@indeed.com>
Date: Wed, Feb 17, 2016 at 4:19 PM
Subject: Confirm your email address on Indeed
To: jmfjmf1961@gmail.com

Thanks for signing up at Indeed!
Please click on the following link to verify your email address:

**Confirm your Indeed account**

Or copy and paste the following into your browser:
https://secure.indeed.com/account/claim?v=660acc9468c7f1ea&e=wnp&hl=en&co=US&service=ia&cfb=2

If you need further assistance, please contact us.

**Indeed** - one search. all jobs.

# REDACTED

---------- Forwarded message ----------
From: **Indeed Apply** <indeedapply@indeed.com>
Date: Wed, Feb 17, 2016 at 4:19 PM
Subject: Indeed Application: Odor Control Technician - Field Service Rep.
To: jmfjmf1961@gmail.com

indeed

**You successfully applied for:**

Odor Control Technician - Field Service Rep.
West Industries - Grand Prairie, TX — **Applied**

Get job updates from **West Industries**

**More jobs like this**

Field Service Technician
Crown Equipment Corporation - Grand Prairie, TX

**For your records:**

Your Message:

Resume:
Joe Fulbright Resume 1.pdf

Name:
Joe

Email:
jmfjmf1961@gmail.com

Phone Number:
817-301-3981

Questions:
This employer will consider only local candidates. Are you in Grand Prairie, TX?

No

Do you have the following license or certification: must have valid Texas drivers license + good driving record?

Yes

Do you speak english?

Yes

Your application has been submitted. Good luck!

---

Indeed - one search. all jobs. | 7501 N. Capital of Texas Hwy, Building B. Austin. TX 78731

# REDACTED

---------- Forwarded message ----------
From: **Indeed Support** <support@indeed.com>
Date: Wed, Feb 17, 2016 at 4:21 PM
Subject: Your password on Indeed has been set
To: jmfjmf1961@gmail.com

The password associated with your Indeed account has been set. If you did not set the password or have any questions, please contact us.

**Indeed** - one search. all jobs.

# REDACTED

---------- Forwarded message ----------
From: **Indeed Apply** <indeedapply@indeed.com>
Date: Thu, Feb 18, 2016 at 11:15 PM
Subject: Indeed Application: Scale Technician - calibration specialist
To: jmfjmf1961@gmail.com

indeed

**You successfully applied for:**

Scale Technician - calibration specialist
North Texas Scales - Dallas, TX

Applied

Get job updates from **North Texas Scales**

**For your records:**

Your Message:

Resume:
Indeed Resume

Name:
Joe Fulbright

Email:
jmfjmf1961@gmail.com

Phone Number:
817 301 3981

Your application has been submitted. Good luck!

Indeed - one search. all jobs. | 7501 N. Capital of Texas Hwy, Building B, Austin, TX 78731

# REDACTED

---------- Forwarded message ----------
From: **Abbott-HR-Workday** <abbott@myworkday.com>
Date: Thu, Feb 18, 2016 at 11:24 PM
Subject: Please verify your Account
To: jmfjmf1961@gmail.com

Please click the following link to confirm your email address and finish the account creation process:
https://abbott.wd5.myworkdayjobs.com/abbottcareers/activate/payqm9g2vus5ib6j8smrrqlghzr4dcvu8t1uhak031ptuwpsbvvpuadyr75bef1yi9ubrvvbary7ox2fwriji1s64n7h5bp22aq

# REDACTED

---------- Forwarded message ----------
From: **Abbott-HR-Workday** <abbott@myworkday.com>
Date: Thu, Feb 18, 2016 at 11:35 PM
Subject: Your Application to the Position of Associate Technician IV – 30020949
To: jmfjmf1961@gmail.com




Dear Joe -

We received your application for the position of Associate Technician IV – 30020949 and are reviewing your experience and qualifications. If you meet the requirements of the position, a member of our Talent Acquisition team will contact you.

Thank you for your interest in Abbott. Please feel free to learn more about our company, and continue to view open positions, by visiting our website at www.abbott.com.

To keep up to date with Abbott news, click the links and connect with us:

Best regards,
Abbott Talent Acquisition

# REDACTED

---------- Forwarded message ----------
From: **West Industries** <aerowestlady8_qfh@indeedemail.com>
Date: Mon, Feb 22, 2016 at 12:44 PM
Subject: Application for Odor Control Technician - Field Service Rep. at West Industries
To: Joe <jmfjmf1961@gmail.com>

Hi Joe,

Thanks for your interest in the Odor Control Technician - Field Service Rep. position at West Industries. We have reviewed your application. Unfortunately, you are not the right fit for the position at this time.

I am sorry for the disappointing news. Best of luck in your job search.

Sincerely,
Cindy Shumate

# REDACTED

---------- Forwarded message ----------
From: **Indeed Apply** <indeedapply@indeed.com>
Date: Wed, Feb 24, 2016 at 3:40 PM
Subject: Indeed Application: Biomedical Technician
To: jmfjmf1961@gmail.com

indeed

**You successfully applied for:**

Biomedical Technician
SPBS INC - Arlington, TX

**Applied**

Get job updates from **SPBS, INC**

**For your records:**

Your Message:

Resume:
Joe Fulbright Resume 1.pdf

Name:
Joe Fulbright

Email:
jmfjmf1961@gmail.com

Questions:
Do you have at least 1 year of BMET experience?

No

Have you completed the following level of education: Associate?

Yes

Your application has been submitted. Good luck!

---

**Indeed** - one search. all jobs. | 7501 N. Capital of Texas Hwy, Building B, Austin, TX 78731

# REDACTED

---------- Forwarded message ----------
From: **Indeed Apply** <indeedapply@indeed.com>
Date: Wed, Feb 24, 2016 at 3:53 PM
Subject: Indeed Application: Manufacturing Technician I
To: jmfjmf1961@gmail.com

indeed

**You successfully applied for:**

Manufacturing Technician I
NSC Technologies Inc. - Arlington, TX

Get job updates from **NSC Technologies Inc.**

**» Learn what it's like to work at NSC Technologies Inc..**

Read 36 employer reviews

**For your records:**

Your Message:

Resume:
Indeed Resume

Name:
Joe Fulbright

Email:
jmfjmf1961@gmail.com

Phone Number:
817 301 3981

Questions:
Do you have at least 1 year of Production Assembly Operations experience?
No

Have you completed the following level of education: High school or equivalent?
Yes

Your application has been submitted. Good luck!

---

**Indeed** - one search. all jobs. | 7501 N. Capital of Texas Hwy, Building B, Austin, TX 78731

# REDACTED

---------- Forwarded message ----------
From: **Indeed Apply** <indeedapply@indeed.com>
Date: Mon, Mar 21, 2016 at 5:32 PM
Subject: Indeed Application: Metrology Calibration Technician
To: jmfjmf1961@gmail.com

indeed

**You submitted an application for:**

Metrology Calibration Technician
Nicol Scales & Measurement - Dallas, TX

**Submitted**

Get job updates from **Nicol Scales & Measurement**

**For your records:**

Your Message:

Resume:
Joe Fulbright Resume 1.pdf

Name:
Joe Fulbright

Email:
jmfjmf1961@gmail.com

Phone Number:
817-301-3981

Questions:

Do you have at least 3 years of 3-5 years performing calibration of instrument/measurement devices experience?

No

Your application has been submitted. Good luck!

---

**Indeed** - one search. all jobs. | 6433 Champion Grandview Way, Building 1, Austin, TX 78750

# REDACTED

---------- Forwarded message ----------
From: **Indeed Apply** <indeedapply@indeed.com>
Date: Mon, Mar 21, 2016 at 5:36 PM
Subject: Indeed Application: Service and Repair Technician
To: jmfjmf1961@gmail.com

indeed

**You submitted an application for:**

Service and Repair Technician
JP Bowlin - Fort Worth, TX

**Submitted**

Get job updates from **Nicol Scales & Measurement**

**For your records:**

Your Message:

Resume:
Indeed Resume

Name:
Joe Fulbright

Email:
jmfjmf1961@gmail.com

Phone Number:
817 301 3981

Questions:

This employer will consider only local candidates. Are you in Fort Worth, TX?

Yes

Have you completed the following level of education: High school or equivalent?

Yes

Do you have at least 1 year of Repairing or servicing industrial equipment experience?

Yes

Your application has been submitted. Good luck!

---

Indeed - one search. all jobs. | 6433 Champion Grandview Way, Building 1, Austin, TX 78750

# REDACTED

---------- Forwarded message ----------
From: **Abbott-HR-Workday** <abbott@myworkday.com>
Date: Tue, Mar 22, 2016 at 3:41 PM
Subject: Your Application for the Position of Associate Technician IV – 30020949
To: jmfjmf1961@gmail.com

**Abbott** HUMAN RESOURCES

Dear Joe -

We received your application for the position Associate Technician IV – 30020949 . After careful consideration, we regret to inform you that you have not been selected for this position.

Because your experience is valuable to us, we will retain your information in our database and may contact you about future job openings that match your profile. We also invite you to visit our careers site on a regular basis:
Abbott Careers
This is the best way to ensure that you are considered for every position that aligns with your career goals.

We thank you for your interest in Abbott and wish you all the best in your career.

Best regards,
Abbott Talent Acquisition

Gmail

Joe Fulbright <jmfjmf1961@gmail.com>

## Online résumé/CV Submission for Electronics Technician I 102-139

1 message

**Fort Worth Transportation Authority** <no-reply@silkroad.com> Mon, May 2, 2016 at 12:30 AM
Reply-To: no-reply@silkroad.com
To: jmfjmf1961@gmail.com

Thank you for your interest in career opportunities with Fort Worth Transportation Authority!

We have received your resume and are currently reviewing your credentials. Should we determine that your background and experience meets our hiring needs, we will contact you with further instructions.

Again, we sincerely appreciate your interest in employment with Fort Worth Transportation Authority.

EOE/M/F/V/D

**Please do not reply to this automated e-mail message.**

Gmail

Joe Fulbright <jmfjmf1961@gmail.com>

## Indeed Application: RF Microwave & Electronics Calibration Technician

1 message

**Indeed Apply** <indeedapply@indeed.com> Sun, May 1, 2016 at 11:11 PM
Reply-To: indeedapply@indeed.com
To: jmfjmf1961@gmail.com

indeed

You submitted an application for:

RF Microwave & Electronics Calibration Technician
Accura Calibration - Dallas-Fort Worth, TX
Submitted

Follow Get job updates from **Accura Calibration**

### For your records:

Your Message:

Resume:
Joe Fulbright Resume 1.pdf

Name:
Joe

Email:
jmfjmf1961@gmail.com

Phone Number:
817-301-3981

Questions:
Are you in Dallas-Fort Worth, TX?
Yes

Do you have at least 1 year of RF Microwave Calibration experience?
No

Your application has been submitted. Good luck!
If you notice an error in your application, please contact Indeed.

Indeed - one search. all jobs. | 6433 Champion Grandview Way, Building 1, Austin, TX 78750

Filters Reset

15 Jobs Found

IL x WI x TN x LA x MI x

Country

- United States (18)

State / Province

- Quebec (71)
- Alberta (21)
- Ontario (21)
- QC (12)
- British Columbia (11)
- IL (9)
- Manitoba (4)
- Saskatchewan (4)
- WI (3)
- TN (2)
- LA (1)
- MI (1)

City

- Homewood (9)
- Memphis (2)
- Appleton (1)
- Battle Creek (1)
- Fond Du Lac (1)
- New Orleans (1)
- Oshkosh (1)
- Stevens Point (1)
- Waukesha (1)

**Car Mechanic**
Stevens Point, WI, United States
11/24/2020

**Rail Track Maintainer**
4 Locations Available
11/24/2020

**Mechanical Manager LRC**
Homewood, IL, United States
11/18/2020

**Assistant Superintendent**
New Orleans, LA, United States
11/17/2020

**Car Mechanic**
Battle Creek, MI, United States
11/16/2020

**Technical Training Officer, Engineering, Signals & Communication**
Homewood, IL, United States
11/16/2020

**Expert Enterprise Architecture- Industrial IoT**
Homewood, IL, United States
10/29/2020

**Intern, Network Operations**
Homewood, IL, United States
10/27/2020

**Intern, Industrial Hygienist - Safety**
Homewood, IL, United States
10/27/2020

**Intern, Bridge Assessment Engineer-US**
Homewood, IL, United States
10/20/2020

**Intern, Bridge Design- US**
Homewood, IL, United States
10/20/2020

| Requisition Title | Location | Unposting Date | Actions |
|---|---|---|---|
| Road Electrician - Philadelphia, PA | United States-PA-Philadelphia | Nov 24, 2020 | Apply |
| Freight Conductor - Jacksonville, FL | United States-FL-Jacksonville | Nov 24, 2020 | Apply |
| Intermodal Service Employee - Cincinnati, OH | United States-OH-Cincinnati | Nov 24, 2020 | Apply |
| Freight Conductor - Orlando, FL | Multiple Locations | Nov 24, 2020 | Apply |
| General Foreman - Columbus, OH | United States-OH-Columbus | Nov 25, 2020 | Apply |
| Finance Talent Pool | United States-FL-Jacksonville | Nov 26, 2020 | Apply |
| Carman - Worcester, MA | United States-MA-Worcester | Nov 26, 2020 | Apply |
| Carman - Lafayette, IN | United States-IN-Lafayette | Nov 26, 2020 | Apply |
| Executive Office Assistant | United States-FL-Jacksonville | Nov 26, 2020 | Apply |
| Freight Conductor - Selkirk, NY | Multiple Locations | Nov 27, 2020 | Apply |
| Freight Conductor - Florence, SC | Multiple Locations | Nov 27, 2020 | Apply |
| Plant Manager - Evansville, IN | United States-IN-Evansville | Nov 30, 2020 | Apply |
| Service Center Supervisor - Buffalo, NY | United States-NY-Buffalo | Dec 1, 2020 | Apply |
| Service Center Supervisor - Worcester, MA | United States-MA-Worcester | Dec 1, 2020 | Apply |
| Finance Talent Pool for Senior Analyst & Manager | United States-FL-Jacksonville | Feb 18, 2021 | Apply |



Previous 1 Next

BNSF RAILWAY

ABOUT US ▾ EXPLORE CAREERS ▾ TRANSITIONING MILIT

View Pr

Home | Alabama at BNSF

## Search results for "Alabama".

There are currently no open positions matching "Alabama".

The 10 most recent jobs posted by BNSF are listed below for your convenience.

Alabama

SEARCH JOBS

NORFOLK SOUTHERN

Home | Not Finding a Job? | About Us

View Profile

Home | Alabama at Norfolk Southern Corp.

Search results for "Alabama".

Search by Keyword

Search by Location

Alabama

Search Jobs

Show More Options

Clear

Send me alerts every 7 days ⊠ Create Alert

Share these Jobs

Results 1 – 1 of 1

| Title | Location | Date | State |
|---|---|---|---|
| Track Supervisor Trainee Birmingham, AL Area | Birmingham, AL, US | Nov 18, 2020 | AL |

Careers Home | NorfolkSouthern.com | Top Jobs | View All Jobs | Privacy Policy | E-Verify | EEO

Copyright ©2020 Norfolk Southern Corp. Three Commercial Place, Norfolk, VA 23510

BNSF RAILWAY

ABOUT US ▾ EXPLORE CAREERS ▾ TRANSITIONING MILITA

View Prof

Home | Tennessee at BNSF

## Search results for "Tennessee".

There are currently no open positions matching "Tennessee".

The 10 most recent jobs posted by BNSF are listed below for your convenience.

Tennessee

SEARCH JOBS

NORFOLK SOUTHERN

Home | Not Finding a Job? ▾ | About Us ▾

View Profile

Home | Tennessee at Norfolk Southern Corp.

Search results for "Tennessee".

Search by Keyword

Search by Location

Tennessee

Search Jobs

Show More Options

Clear

Send me alerts every 7 days ✉ Create Alert

Share these Jobs

Results 1 – 1 of 1

| Title | Location | Date | State |
|---|---|---|---|
| Track Supervisor Chattanooga, TN Area | Chattanooga, TN, US, 37402 | Nov 18, 2020 | TN |

Filter

Reset

Careers Home | NorfolkSouthern.com | Top Jobs | View All Jobs | Privacy Policy | E-Verify | EEO

Copyright ©2020 Norfolk Southern Corp. Three Commercial Place, Norfolk, VA 23510

NORFOLK SOUTHERN

Home | Not Finding a Job? ▾ | About Us ▾

View Profile

Texas

Search Jobs

Show More Options

Clear

Send me alerts every 7 days ☒ Create Alert

Share these Jobs

Results **1 – 10** of **10**

| Title | Location | Date | State |
|---|---|---|---|
| Senior Data Scientist | Atlanta, GA, US, 30309 | Nov 23, 2020 | GA |
| Manager Payroll Accounting | Atlanta, GA, US, 30309 | Nov 23, 2020 | GA |
| Terminal Manager/Sr. Terminal Manager - Allentown, PA | Allentown, PA, US, 18104 | Nov 23, 2020 | PA |
| Blue Ridge Territory - MT/OST - Spartanburg, SC | Spartanburg, SC, US, 29303 | Nov 23, 2020 | SC |
| Road Manager Engineers / Sr. Road Manager Engineers - Valdosta, GA | Valdosta, GA, US, 31601 | Nov 23, 2020 | GA |
| Manager Corridor Operations- Cincinnati OH | Cincinnati, OH, US, 45203 | Nov 23, 2020 | OH |
| Director Enterprise Services | Atlanta, GA, US | Nov 23, 2020 | GA |
| IT Segment Financial Lead | Atlanta, GA, US, 30309 | Nov 21, 2020 | GA |
| Terminal Operation Supervisor- Elkhart IN | Elkhart, IN, US, 46517 | Nov 21, 2020 | IN |
| Summer 2021 - Operations Research | Atlanta, GA, US, 30309 | Nov 20, 2020 | GA |

JF 454

ch mail

uless, TX] - Central Transport, AmeriTemps, and Expeditors have opportunities for you! Inbox ×

leed Job Alert <alert@indeed.com> Unsubscribe
ne ▾

indeed

## 30+ new jobs in Euless, TX

**QA Tester**
Hire IT People Pvt Ltd - Dallas, TX
Easily apply
Feb 22

**Forklift Operator**
AmeriTemps ★★★★☆ 31 reviews - Grapevine, TX
$12.64 an hour
Easily apply
Feb 22

**Microbiologist**
Ramsoft Systems, Inc. - Fort Worth, TX
Feb 23

**Forklift Operator**
Central Transport ★★★☆☆ 325 reviews - Fort Worth, TX
$16 an hour
Easily apply
Feb 20

**Assistant to the Director - Community Services**
City of Southlake ★★★★☆ 9 reviews - Southlake, TX
$52,468.19 a year

ch mail

To help keep your inbox clean, we will start sending this email once a week.

Keep sending this alert every day

## 30+ new jobs in Euless, TX

### Operator, Chief

Trinity River Authority ★★★★☆ 5 reviews - Euless, TX

$23.43 an hour

Supervisory position responsible for operation of surface water/wastewater treatment facility. Also directs the operations of designated shifts, involves

Feb 5

### Lawn Care Sub-Contractor

Mid-Cities Lawn Care - Bedford, TX

$15 an hour

Valid Drivers License. Required license or certification:. Your own truck/vehicle that can transport the tools. You pay for gas and use your own equipment....

Easily apply

Feb 5

### Sales and Talent Recruiter

321 Shine - Dallas-Fort Worth, TX

$40,000 - $60,000 a year

All travel costs are covered by the company, including food. You would leave every Friday and return every Monday, traveling to different cities each weekend....

Easily apply

Feb 5

### Police Trainee

City of Fort Worth ★★★☆☆ 75 reviews - Fort Worth, TX

$3,337 a month

Must present a valid and current driver's license and possess an acceptable driving record . Next answer all questions on the Application Questionnaire....

Feb 5

ch mail

Hi Joe,

Thank you for creating your Indeed resume. We've attached a copy of it to this email.

To help your resume stand out, update it with relevant education.

Education is one of the first areas employers review. Completing this section will help you capture their attention.

Update Your Resume

Best,

Indeed

Indeed - one search. all jobs. | 6433 Champion Grandview Way, Building 1, Austin, TX 78750




resume.pdf

Reply Forward

ch mail

pplication for Odor Control Technician - Field Service Rep. at West Industries Inbox ×

**st Industries**

Joe, Thanks for your interest in the Odor Control Technician - Field Service Rep. position at West Industries. We have reviewed your application. Unfortunate

**e Fulbright** <jmfjmf1961@gmail.com>

Fr

Stefani ▾

Reply Forward

ch mail

**Job Title:** JOB OPENINGS - COPPELL, TX
**Company:** Kelly Services

Electronic Assembly & Receivers in Coppell, TX

This is a CLEAN/TEMPERATURE CONTROLLED environment. No experience needed.

Successful ASSEMBLERS will test functionality of cell phones, replace parts, and buff/polish cell phones to customer standards.

Successful RECEIVERS will effectively and accurately receive goods, utilize serial numbers in a warehouse management system to return goods into the system, and follow detailed work instructions with a very low error rate.

• 1st shift opportunities: Monday-Saturday 5AM-3:30PM
• 2nd shift opportunities: Monday-Saturday 3PM-12AM
• Pay rate: $10.10-11.00 per hour
• Must be flexible to work overtime as business dictates
• 6 months previous warehouse, production, fast food, or manufacturing experience preferred but not required
• Must be able to lift up to 35 lbs. and stand on feet for entire shift
• Test to validate the functionality of the device
• Validate device ability to make and receive calls
• Ability to use necessary equipment to clear device and/or update device software
• Good verbal communication skills (must be able to read, speak and write English)

Please have any interested candidates stop by our Irving branch between the hours of 10AM-2PM Monday-Friday located at:

7301 State Highway 161 #170
Irving, TX 75039



If you are interested and unable to make it to the office between those times then

ch mail

had Clampitt sent you a message about your resume on Indeed. Inbox ×

ad Clampitt <chadclampitt4_r8u@indeedemail.com> Mor
ne ▾

**JOB OPENINGS - COPPELL, TX opening at Kelly Services.**

Confirm my interest — Let this employer know you're interested.

Maybe later — Your contact details will not be shared.

Decline — I would not like my contact details shared with this employer.

Reply to this email to contact Chad Clampitt. Your contact details will be shared when you reply or express interest.

Report Spam - This message is suspicious or fraudulent.

Hi Joe,

My name is Chad Clampitt with Kelly Services in D/FW. I wanted to reach out to see if you might know of anyone interested in the job below? If so, please have interested candidates stop by our Irving branch between the hours of 10AM-2PM Monday-Friday located at:

7301 State Highway 161 #170
Irving, TX 75039

If interested and unable to make it to the office between those times then please email our Genco - Coppell team at 580D@kellyservices.com to set up a time to

ch mail

deed Application: Biomedical Technician Inbox ×

**leed Apply**

u successfully applied for: Biomedical Technician SPBS INC - Arlington, TX Applied Follow Get job updates from SPBS, INC For your records: Your Message: Resum

**e Fulbright** <jmfjmf1961@gmail.com>

Fr

Stefani ▾

Reply Forward

ch mail

deed Application: Manufacturing Technician I Inbox ×

leed Apply

u successfully applied for: Manufacturing Technician I NSC Technologies Inc. - Arlington, TX Applied Follow Get job updates from NSC Technologies Inc. » Learn

e Fulbright <jmfjmf1961@gmail.com>

Fr

Stefani

Reply

Forward

ch mail

deed Application: Metrology Calibration Technician Inbox ×

leed Apply

u submitted an application for: Metrology Calibration Technician Nicol Scales & Measurement - Dallas, TX Submitted Follow Get job updates from Nicol Scales &

e Fulbright <jmfjmf1961@gmail.com>

Stefani ▾

Fr

Reply Forward

ch mail

deed Application: Odor Control Technician - Field Service Rep. Inbox ×

leed Apply

u successfully applied for: Odor Control Technician - Field Service Rep. West Industries - Grand Prairie, TX Applied Follow Get job updates from West Industri

e Fulbright <jmfjmf1961@gmail.com> Fr

Stefani

Reply Forward

ch mail

deed Application: RF Microwave & Electronics Calibration Technician Inbox x

leed Apply <indeedapply@indeed.com>

Su

ne

ndeed

u submitted an application for:

RF Microwave & Electronics Calibration Technician
Accura Calibration - Dallas-Fort Worth, TX

Follow Get job updates from **Accura Calibration**

r your records:

ur Message:

sume:

e Fulbright Resume 1.pdf

me:

e

nail:

fjmf1961@gmail.com

one Number:

7-301-3981

estions:

e you in Dallas-Fort Worth, TX?

s

ch mail

deed Application: Service and Repair Technician Inbox ×

**leed Apply**

u submitted an application for: Service and Repair Technician JP Bowlin - Fort Worth, TX Submitted Follow Get job updates from Nicol Scales & Measurement For

**e Fulbright** <jmfjmf1961@gmail.com>

Fr

Stefani ▾

Reply Forward

ch mail

# nline résumé/CV Submission for Electronics Technician | 102-139

Inbox ×

**t Worth Transportation Authority** <no-reply@silkroad.com>

Mo

to me

ank you for your interest in career opportunities with Fort Worth Transportation Authority!

have received your resume and are currently reviewing your credentials. Should we determine that your background and experience meets our hiring needs, we will contact you with further instructions.

ain, we sincerely appreciate your interest in employment with Fort Worth Transportation Authority.

E/M/F/V/D

lease do not reply to this automated e-mail message.**

Reply Forward

ch mail

hank you for your order! Inbox x

sume-Now customerservice@resume-now.com via mailer.livecareer.com
to me

RESUME-NOW Powered By: LiveCareer

LOGIN

## Thank You For Your Order

**Your Order Details:**

Account Number : 117917650 Order Date : 2/12/2016

Cardholder Name : Joe Fulbright Payment Information : 8885

**Amount Billed:$1.95**

| Purchase Details | |
|---|---|
| Description | Amount |
| **Resume Builder 14 day Full Access**<br>You now have full access to the easiest to use, most powerful cover letter and resume builder available. Your full access includes Resume Builder and all its features for $1.00,plus Cover Letter Builder for $0.95 billed separately. Your subscription begins immediately and renews on 26-February-2016 to our service at $9.95 per week, billed every 4 weeks. | **$1.95** |
| **Total:** | **$1.95** |

This confirms your authorization to charge your credit card ending in **8885** for the products and services indicated above.

**Need help with your order?**

You can manage your Subscription details online. Just to go your Resume-Now account and click My Account. You can also live chat or email us at customerservice@resume-now.com with any questions. Your purchase may be tax deductible. Check out IRS 529 publication for more detail.

ch mail

our Application to the Position of Associate Technician IV – 30020949 Inbox ×

bott-HR-Workday

ar Joe - We received your application for the position of Associate Technician IV – 30020949 and are reviewing your experience and qualifications. If you meet

e Fulbright <jmfjmf1961@gmail.com>

Fr

Stefani ▾

Reply Forward

ch mail

our candidate reference number - Lockheed Martin. Inbox ×

ckheed Martin

e Fulbright, Thank you for your interest in Lockheed Martin. We appreciate the time and effort that you have taken to present your qualifications to us. This

e Fulbright <jmfjmf1961@gmail.com>

Stefani ▾

Fr

Reply Forward

View Profile

Back to search results

Search by Keyword or Location

Send me alerts every 7 days

Share this Job

# Telecom Electronic Technician II - Clovis, NM

**Date:** Sep 14, 2021

**Location:** Clovis, NM, US, 88101

**Company:** BNSF

Apply early as this job may be removed or filled prior to the closing date, which is approximately seven (7) days after the posting date.

**Job Location:** Clovis
**Other Potential Locations:** Clovis, NM
**Anticipated Start Date:** 10/25/2021
**Number of Positions:** 1
**Salary Range:** Entry rate is approx. $7,066/month, with an average annual salary of $84,794.

All communication with applicants will be done via email. Please check your email on a daily basis.

**Who we are and what we do**
Do you want to be a part of something that really matters? Team BNSF includes professionals focused on safety, service, and who take pride in delivering the nation's freight. Together, we help move goods and materials that sustain life and support local, national and global economies. The

UPFULBRIGHT002180

BNSF rail network is one of the largest freight railroads, spanning 28 western states and serving three Canadian provinces.

**What we believe**

At BNSF, our Vision and Values drive who we are, not only in our words, but also our actions. BNSF is committed to our foundational values of equality and inclusion. As members of the BNSF community, our employees are entitled to:

- be treated with dignity and respect.
- have equal access to tools, resources, training and development opportunities.
- have equal opportunity to achieve their full potential.

We model the way through our leadership, our BNSF Diversity Councils, our diverse Business Resource Groups, our deep involvement and investment in the communities we serve, and through diversity and inclusion training programs. It's through our actions that we create an inclusive, open and collaborative workplace that truly encourages diverse perspectives in all interactions.

SAFETY:

At BNSF, Safety is a core value of how we do business. Each and every day, our employees are committed to approaching one another about safety, which is key in realizing our vision. Employees are also expected to comply with company and federal safety & health regulations, safety rules & policies, as well as procedures that guide work practices to reduce risk to exposure. Such work practices include but are not limited to wearing required safety equipment, responding to safety concerns, and taking appropriate actions in the event of an emergency.

DUTIES/RESPONSIBILITIES

Install, repair and maintain all Telecommunications equipment including, but not limited to: Radios, Digital Microwave (MW), and Radio Frequency (RF) Data Link Equipment. Additional responsibilities include:

TECHNICAL DUTIES:

- Install, assemble, repair, adjust, test, and maintain telecommunications equipment such as wired and wireless telecommunications systems devices, microwave, automatic equipment identification (AEI) systems, IP Networks, VoIP, Cameras, Radio Frequency (RF) Communications systems, Voice & Data communications, front and end of train devices, and soldering electrical/electronic components.

The duties and responsibilities in this posting are representative categories to be used in deciding whether to apply for this position. This is not an exhaustive list of the position's duties.

WORKING CONDITIONS

- Extreme all-weather conditions
- Walk and perform work on uneven surfaces
- Safety sensitive work environment
- Loud noise and fumes
- Work on and around heavy and moving machinery

SHIFTS/HOURS

- Full-time (40 hrs/wk)

- Subject to overtime, on-call (24/7), alternating shifts, nights, weekends, holidays

TRAVEL

- Moderate
- Headquartered location with travel and work within assigned seniority region sometimes for extended time

BASIC QUALIFICATIONS

- At least 18 years of age, or will be by the anticipated start date listed in the job description
- Ability to report for duty at the designated work location
- Able to work safely in the above working conditions
- Able to work the above shift/hours
- Able to meet the above travel requirements
- Able to read, write and communicate (speak, hear and understand) English
- Able to work indoors primarily at a work bench, equipment bay, installation garage or Radio Frequency (RF) transmission facility
- Able to lift and carry up to 50 lbs
- Able to visually distinguish colors - red, blue, green, yellow
- Possess a valid state issued driver's license
- Experience doing soldering work
- Able to read and understand electrical, hydraulic, pneumatic diagrams and schematics
- 2 years minimum of verifiable electronics experience or post-high school training
- Able to use hands and use hand tools to perform activities involving holding, grasping, turning and pulling
- Able to climb on/off equipment
- Able to occasionally work on top of locomotives and other equipment
- Able to bend, walk, stand and sit occasionally with breaks
- Follow safety policies and procedures; wear required personal protective equipment
- Must successfully complete company administered Fall Protection Training

TRAINING

- Company paid on-the-job training

RELOCATION

- Assistance not available

UNION

- International Brotherhood of Electrical Workers
- Dues required per union agreement

PROBATIONARY PERIOD

- 120 Days

**BENEFITS:**

BNSF Employees receive a competitive benefit package.

All positions require pre-employment background verification, medical review and pre-employment drug screen.

BNSF Railway is an Equal Opportunity Employer Minorities/Women/Veterans/Disabled.

**BACKGROUND INVESTIGATION ELEMENTS:**
- Criminal history
- Last 7 years of driving history
- Last 5 years of employment history to include military service
- Social Security number
- Education

**MEDICAL REVIEW ELEMENTS:**
- Medical evaluation
- Drug Screen
- Other elements as needed

**DRUG TEST ELEMENTS:**

BNSF is committed to a safe and drug free work place and performs pre-employment substance abuse testing. All new hires are required to undergo a hair drug test which detects the presence of illegal drugs for months prior to testing. We appreciate your cooperation in keeping BNSF safe and drug free.

Transportation Worker Identification Credential (TWIC): Federal authority requires BNSF employees, whose work requires unescorted access to secure areas of port facilities, to obtain a TWIC. A TWIC is a condition of employment for such positions and requires candidates to those positions to submit to a TSA security assessment (to include, but not limited to, providing: biographic information; identity documents; fingerprints; digital photograph). More information is available at http://www.tsa.gov/for-industry/twic.

SF: MO | [[mfield5]] | Technology Services | Clovis, NM | 88101

Zip/Postal Code: [

**Nearest Major Market:** Roswell
**Job Segment:** Hydraulics, Telecom, Telecommunications, Technician, Engineer, Engineering, Technology

Find similar jobs:
Transitioning Military, Testing, Telecom Jobs, Engineering: Track, Structures, & Signal

UPFULBRIGHT002187

BNSF Home

Job Searches

Job Categories

Privacy

©2020 BNSF Railway Company. All Rights Reserved. BNSF is an Equal Opportunity Employer. BNSF considers candidates regardless of race, color, religion, sex, sexual orientation, gender identity, national origin, disability or veteran status. BNSF may collect personal information in accordance with our Privacy Statement. For more information, click the Privacy link.

View Profile

Back to search results

Search by Keyword or Location

Send me alerts every 7 days

Share this Job

# Telecommunications Maintainer Foreman - Tacoma, WA

**Date:** Sep 15, 2021

**Location:** Tacoma, WA, US, 98421

**Company:** BNSF

**Apply early as this job may be filled at any time.**

**Job Location:** Tacoma
**Other Potential Locations:** Tacoma, WA
**Anticipated Start Date:** 10/25/2021
**Number of Positions:** 1
**Salary Range:** Entry rate is approx. $7,505/month

All communication with applicants will be done via email. Please check your email on a daily basis.

**Who we are and what we do**

Do you want to be a part of something that really matters? Team BNSF includes professionals focused on safety, service, and who take pride in delivering the nation's freight. Together, we help move goods and materials that sustain life and support local, national and global economies. The BNSF rail network is one of the largest freight railroads, spanning 28 western states and serving three Canadian provinces.

**What we believe**

At BNSF, our Vision and Values drive who we are, not only in our words, but also our actions. BNSF is committed to our foundational values of equality and inclusion. As members of the BNSF community, our employees are entitled to:

- be treated with dignity and respect.
- have equal access to tools, resources, training and development opportunities.
- have equal opportunity to achieve their full potential.

We model the way through our leadership, our BNSF Diversity Councils, our diverse Business Resource Groups, our deep involvement and investment in the communities we serve, and through diversity and inclusion training programs. It's through our actions that we create an inclusive, open and collaborative workplace that truly encourages diverse perspectives in all interactions.

SAFETY:
At BNSF, Safety is a core value of how we do business. Each and every day, our employees are committed to approaching one another about safety, which is key in realizing our vision. Employees are also expected to comply with company and federal safety & health regulations, safety rules & policies, as well as procedures that guide work practices to reduce risk to exposure. Such work practices include but are not limited to wearing required safety equipment, responding to safety concerns, and taking appropriate actions in the event of an emergency.

DUTIES/RESPONSIBILITIES
This is a monthly rated position subject to on-call for emergency service. The Maintainer Foreman is a working Maintainer and will have supervisory duties, including supervising all Maintainers assigned to a group, performing administrative duties as assigned by manager, and preparing and conducting job safety briefings with employees. This position will further include the following duties and responsibilities.

Responsible for installing, testing, inspecting, maintaining, repairing, troubleshooting, assembling, and/or dismantling inside/outside communications equipment, parts, and related items.

INSTALL, TEST, AND MAINTAIN:
- Fiber optics, cables, towers, antenna work, power plant, and microwave/radio sites
- Termination of overhead/underground cabling and fiber
- Tower work, including tower erection, rigging, installation and maintenance and mowing/weed control

OPERATE TRUCKS/EQUIPMENT:
- Operate motor trucks, tractors, trenchers, digging machines, hole digging machines, and other equipment and machines used on or off track to perform Telecom work

The duties and responsibilities in this posting are representative categories to be used in deciding whether to apply for this position. This is not an exhaustive list of the position's duties.

WORKING CONDITIONS
- Extreme all-weather conditions

- Walk and perform work on uneven surfaces
- Loud noise and fumes
- Work on and around heavy and moving machinery
- Safety sensitive work environment

SHIFTS/HOURS

- Full-time - 6 days a week (5 regular working days and one on-call day)
- Subject to on-call, overtime, alternate shifts, nights, weekends, holidays
- Shift assignments are governed by union agreement, typically based on seniority

TRAVEL

- Moderate
- Headquartered location with travel around the seniority (designated) region and remain away from home for up to days or weeks at a time

BASIC QUALIFICATIONS

- 21 years of age or older
- Ability to report for duty at the designated work location
- Able to work safely in the above working conditions
- Able to work the above shift/hours
- Able to meet the above travel requirements
- Able to read, write and communicate (speak, hear and understand) in English
- Able to lift and carry up to 60 pounds
- Have a valid Class A Commercial Driver's License (CDL), or be able to obtain one within 240 days of employment
- Able to visually distinguish among red, blue, green and yellow colors
- Ability to discriminate and differentiate between verbal and non-verbal sounds (signals, alarms, etc.) in the work environment.
- Able to use hands and hand tools to perform activities involving holding, grasping, turning and pulling
- Able to climb ladders and on/off equipment
- Able to occasionally work from a boom truck basket
- Able to bend, walk, stand and sit occasionally with breaks
- Follow safety policies and procedures and wear the required personal protective equipment required for the job in a safe manner
- Able to occasionally climb and perform work on tower structures in excess of 50 feet
- 3 years minimum of verifiable experience coordinating information from several sources to assign work assignments and coordinate schedules
- 1-year minimum of verifiable experience conducting analysis of computer-generated reports
- Able to multitask technical activities and office duties

1-year minimum of verifiable experience in budgeting and material management

TRAINING

- Company paid on-the-job training is provided

RELOCATION

- Assistance not available

UPFULBRIGHT002197

UNION

- International Brotherhood of Electrical Workers
- Dues required per union agreement

PROBATIONARY PERIOD

- 120 Days

**BENEFITS:**
BNSF Employees receive a competitive benefit package.

All positions require pre-employment background verification, medical review and pre-employment drug screen.

BNSF is an Equal Opportunity Employer – minorities/females/veterans/individuals with disabilities/sexual orientation/gender identity.

**BACKGROUND INVESTIGATION ELEMENTS:**

- Criminal history
- Last 7 years of driving history
- Last 5 years of employment history to include military service
- Social Security number
- Education

**MEDICAL REVIEW ELEMENTS:**

- Medical evaluation
- Drug Screen
- Other elements as needed

**DRUG TEST ELEMENTS:**

BNSF is committed to a safe and drug free work place and performs pre-employment substance abuse testing. All new hires are required to undergo a hair drug test which detects the presence of illegal drugs for months prior to testing. We appreciate your cooperation in keeping BNSF safe and drug free.

Transportation Worker Identification Credential (TWIC): Federal authority requires BNSF employees, whose work requires unescorted access to secure areas of port facilities, to obtain a TWIC. A TWIC is a condition of employment for such positions and requires candidates to those positions to submit to a TSA security assessment (to include, but not limited to, providing: biographic information; identity documents; fingerprints; digital photograph). More information is available at http://www.tsa.gov/for-industry/twic.

SF: MO | IT/Technology Services Transitioning Military | Technology Services | Tacoma, WA | 98421

Zip/Postal Code: [

**Nearest Major Market:** Tacoma
**Job Segment:** Telecom, Telecommunications, Electrical, Technology, Engineering

Find similar jobs:

Transitioning Military, Testing, IT/Technology Services

BNSF Home

Job Searches

Job Categories

Privacy

©2020 BNSF Railway Company. All Rights Reserved. BNSF is an Equal Opportunity Employer. BNSF considers candidates regardless of race, color, religion, sex, sexual orientation, gender identity, national origin, disability or veteran status. BNSF may collect personal information in accordance with our Privacy Statement. For more information, click the Privacy link.

BNSF RAILWAY

View Profile

Back to search results

Search by Keyword or Location

Send me alerts every 7 days

Share this Job

# Intermodal Equipment Operator - Memphis Intermodal Hub Facility

**Date:** Aug 31, 2021

**Location:** Memphis, TN, US, 38118

**Company:** BNSF

**Apply early as this job may be filled at any time.**

**Job Location:** Memphis
**Other Potential Locations:** Memphis, TN
**Anticipated Start Date:** 11/02/2021
**Number of Positions:** 10
**Salary Range:** Entry rate is approx. $19.31/hr

All communication with applicants will be done via email. Please check your email on a daily basis.

**Who we are and what we do**

Do you want to be a part of something that really matters? Team BNSF includes professionals focused on safety, service, and who take pride in delivering the nation's freight. Together, we help move goods and materials that sustain life and support local, national and global economies. The BNSF rail network is one of the largest freight railroads, spanning 28 western states and serving three Canadian provinces.

**What we believe**

At BNSF, our Vision and Values drive who we are, not only in our words, but also our actions. BNSF is committed to our foundational values of equality and inclusion. As members of the BNSF community, our employees are entitled to:

- be treated with dignity and respect.
- have equal access to tools, resources, training and development opportunities.
- have equal opportunity to achieve their full potential.

We model the way through our leadership, our BNSF Diversity Councils, our diverse Business Resource Groups, our deep involvement and investment in the communities we serve, and through diversity and inclusion training programs. It's through our actions that we create an inclusive, open and collaborative workplace that truly encourages diverse perspectives in all interactions.

**DUTIES/RESPONSIBILITIES:**

Position has 3 levels of graduated proficiency handling intermodal equipment in railroad intermodal facility. Intermodal Equipment Operators may perform one level primarily; all Operators are expected to perform other levels as needed. Operate heavy equipment: cranes, side-loaders, forklifts, hostler trucks.

SAFETY: Comply with company and federal safety rules, policies and procedures, such as: wear required safety equipment; respond to and act on safety concerns.

GROUND SUPPORT WORKER: Assist Crane/Lift Operators to load trailers and containers on/off railcars and chassis. Work on uneven surfaces and walk long distances adjacent to railcar; climb on/off railcars. Place/remove locking/unlocking Interbox connectors weighing up to 16 lbs. Set container pedestals weighing up to 50 lbs on railcars. Lock/unlock and raise/lower trailer hitches on railcars.

HOSTLER TRUCK OPERATOR: Operate up to 65,000 lb trucks in yard, with trailing units 20-57 ft long. Maneuver tractor-trailer on tight corners, in/out of parking spaces. Use on-board computer peripheral to communicate with yard management. Railcar spotting and id processes. Understand chassis-owner relationship.

CRANE/LIFT EQUIPMENT OPERATOR: Operate rubber tire gantry crane or similar equipment to lift 20-57 ft trailers and containers, weighing up to 65,000 lbs, on/off railcars and intermodal chassis.

The duties and responsibilities in this posting are representative categories to be used in deciding whether to apply for the position. These general categories do not necessarily constitute an exhaustive list of duties of the position.

**BASIC QUALIFICATIONS:**

- At least 18 years of age, or will be by the anticipated start date listed above
- Read, write and communicate (speak, hear and understand) English
- Able to work outdoors in all weather conditions

UPFULBRIGHT002195

- Able to work full-time (40 hrs/wk) subject to overtime, nights, on-call (24/7), weekends, holidays
- Lift/carry up to 50 lbs
- Possess valid state-issued driver's license
- Able to visually distinguish colors - red, blue, green, yellow; hear, and with training, distinguish auditory signals
- Accurately input data in computer systems
- Able to use hands to perform activities involving holding, grasping, turning and pulling
- Able to perform work on uneven surfaces; frequently climb on/off equipment
- Able to work in conditions with loud noise and fumes; work on/around heavy/moving machinery; bend, walk, stand, sit for extended time and use hand tools

Training: Company-paid on-the-job.

Compensation: Average annual salary of $40,164 - $59,820 is for an employee with 3 - 5 years of seniority and depends on hours worked, which could include overtime, per diem, and other union-negotiated wages.

Relocation: Assistance not available.

Work Conditions: Extreme all-weather conditions; uneven surfaces; safety sensitive work environment.

Probationary Period: 8 months.

Travel: Minimal.

Shifts/Hours: Full-time (40 hrs/wk) subject to subject to on-call (24/7), nights, overtime, weekends, and holidays.

Union: Transportation Communications International Union.

Dues: Per union agreement; membership and dues required.
**BENEFITS:**
BNSF Employees receive a competitive benefit package.

All positions require pre-employment background verification, medical review and pre-employment drug screen.

BNSF Railway is an Equal Opportunity Employer Minorities/Women/Veterans/Disabled.

**BACKGROUND INVESTIGATION ELEMENTS:**

- Criminal history
- Last 7 years of driving history
- Last 5 years of employment history to include military service
- Social Security number
- Education

UPFULBRIGHT002192

**MEDICAL REVIEW ELEMENTS:**

- Medical evaluation
- Drug Screen
- Other elements as needed

**DRUG TEST ELEMENTS:**

BNSF is committed to a safe and drug free work place and performs pre-employment substance abuse testing. All new hires are required to undergo a hair drug test which detects the presence of illegal drugs for months prior to testing. We appreciate your cooperation in keeping BNSF safe and drug free.

Transportation Worker Identification Credential (TWIC): Federal authority requires BNSF employees, whose work requires unescorted access to secure areas of port facilities, to obtain a TWIC. A TWIC is a condition of employment for such positions and requires candidates to those positions to submit to a TSA security assessment (to include, but not limited to, providing: biographic information; identity documents; fingerprints; digital photograph). More information is available at http://www.tsa.gov/for-industry/twic.

SF: MO | Admin/Other Trades Transitioning Military | Operations - Transportation | Memphis, TN | 38118

Zip/Postal Code: [

**Nearest Major Market:** Memphis
**Job Segment:** Facilities, Operations

Find similar jobs:
Transitioning Military, Testing, Admin/Other Trades

©2020 BNSF Railway Company. All Rights Reserved. BNSF is an Equal Opportunity Employer. BNSF considers candidates regardless of race, color, religion, sex, sexual orientation, gender identity, national origin, disability or veteran status. BNSF may collect personal information in accordance with our Privacy Statement. For more information, click the Privacy link.