IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
DALLAS DIVISION

| | | |
|---|---|---|
| JOE M. FULBRIGHT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No: 3:20-cv-02392-BK |
| | § | |
| UNION PACIFIC RAILROAD COMPANY, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE**

A party has the right to respond to evidentiary objections, and some district courts even address the current situation in their local rules.  *See, e.g.* E.D. Tenn. Local Rule 56.1(e) (allowing the non-moving party to respond to objections first raised in the movant's reply brief). This Court does not have a comparable provision, but that does not mean the non-moving party is barred from responding to objections first raised in a reply brief.  Plaintiff's Response to the evidentiary objections is not a surreply, and there is therefore no basis for the motion to strike.

WHEREFORE, Plaintiff requests an order denying Doc. 114, Defendant's Motion to Strike.

Respectfully submitted,

/s/ Donald E. Uloth
Donald E. Uloth
Law Office of Donald E. Uloth
Texas Bar No. 20374200
18208 Preston Rd. Suite D-9 # 261
Dallas, Texas 75252
Phone: (214) 989-4396
Email: don.uloth@uloth.pro
Counsel for Plaintiff

1

<u>CERTIFICATE OF SERVICE</u>

     On November 10, 2021, I served a copy of this document to Heather M. Miller, counsel for Defendant, by email to <u>hmiller@constangy.com</u>, and to Robert L. Ortbals, Jr., counsel for Defendant, by email to <u>rortbals@constangy.com</u>.

                                        /s/ Donald E. Uloth
                                        Donald E. Uloth