IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
DALLAS DIVISION

| | | |
|---|---|---|
| JOE M. FULBRIGHT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No: 3:20-cv-02392-BK |
| | § | |
| UNION PACIFIC RAILROAD COMPANY, | § | |
| | § | |
| Defendant. | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Joe Fulbright, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby dismisses his claims in this lawsuit with prejudice, each party to bear their own costs of court and attorneys' fees except as may have been agreed otherwise. Defendant Union Pacific Railroad Company, by the signature of their counsel below, jointly stipulates to this dismissal with prejudice.

Dated December 2, 2022

    Respectfully submitted,

    /s/ Donald E. Uloth
    Donald E. Uloth
    Texas Bar No. 20374200
    Law Office of Donald E. Uloth
    18208 Preston Rd. Suite D-9 # 261
    Dallas, Texas 75252
    Phone: (214) 989-4396
    Email: don.uloth@uloth.pro
    Counsel for Plaintiff

    -- and --

/s/ Heather M. Miller
Heather M. Miller (TX #24062897)
Constangy, Brooks, Smith & Prophete, LLP
1201 Walnut St., Suite 2350
Kansas City, MO 64106
Telephone: 816-472-6400
Facsimile: 816-329-5954
hmiller@constangy.com

Robert L. Ortbals, Jr. (MO Bar #56540)*
Constangy, Brooks, Smith & Prophete, LLP
7733 Forsyth Blvd, Ste. 1325
St. Louis, MO 63105
Telephone: (314) 338-3740
Facsimile: (314) 727-1978
rortbals@constangy.com
Attorneys for Defendant Union Pacific
Railroad Company

\* Admitted *Pro Hac Vice*.

CERTIFICATE OF SERVICE

    On December 2, 2022, I served a copy of this document to Heather M. Miller, counsel for Defendant, by email to hmiller@constangy.com, and to Robert L. Ortbals, Jr., counsel for Defendant, by email to rortbals@constangy.com.

/s/ Donald E. Uloth
Donald E. Uloth